UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Mar 12 - 2024**

John M. Domurad, Clerk

|  |  |
|---|---|
| JANE DOE, JOHN DOE,<br>JOHN DOE, JANE DOE<br><br>　　　　　Plaintiffs<br><br>-against-<br><br><br><br><br><br><br><br>JONATHAN REES aka GREG ELLIS<br>aka JOHNATHAN REES aka JONNY REES<br>aka JACOB LORENZO<br><br>　　　　　Defendant | Case No.3:24-cv-274 (MAD/ML)<br><br><br><br>**MOTION TO SERVE<br>DEFENDANT<br>VIA EMAIL, MAIL TO<br>PO BOX ADDRESS,<br>AND ATTORNEY** |

Plaintiffs are filing a motion to the Court respectfully requesting to serve Defendant JONATHAN REES aka GREG ELLIS Summons, Complaint, Motion For Leave For Plaintiffs to Appear Anonymously, Proposed Order, Declaration of Jane Doe, Judicial Case Assignment Form (attached in General Order), Notice and Consent Form to Proceed Before a US Magistrate (attached in General Order), and Civil Cover Sheet:

via Mail to UPS Store: **Jonathan rees aka Greg Ellis, PMB 101, 1770 S.Randall Road, Suite A, Geneva IL. 60134-4646**

via Email: greg@therespondent.com; greg@monkeytoes.me; reesispositive@gmail.com; jonny@reesispositive.com; thepetitioner@proton.me; reesjonny@icloud.com; gregellistv@mac.com

via Attorney's on record: Chris Brown, Esq. **Chris Brown Law, 105 Rano Blvd. Vestal, New York, 13850** Email: chris@chrisbrownlaw.com and Richard Miller III, Esq. **Attorney and Counselor at Law, 2304 North Street, Endwell, New York, 13760** Email: rhm2law@gmail.com

Both Chris Brown, Esq. and Richard Miller III, Esq. are representing Defendant in Broome Family Court: Plaintiff vs. Rees action filed by Plaintiff is active requesting an Order of Protection for Plaintiffs.

All appearances so far in Broome Family Court have been virtual via Teams. The trial in-person will be held on April 17th 2024 at 1.15PM, passed the deadline for Affidavit of Service for documents to be served on Defendant and filed with the Court. Defendant did not attend the last scheduled virtual appearance via Teams in February 2024 and may not attend the in-person trial in April 2024 either.

Defendant asked the Broome Family Court for a Confidential Order protecting his new address outside of New York since he sold his house 680 NY-220 Town of Smithville, NY 13801 in December 2023, so ordered by Honorable Judge Young with Plaintiff ordered not to locate

Defendant's address, Exhibit 1. Plaintiff is appealing. In the meantime, Plaintiff is abiding by the Court Order, however, Defendant still needs to be served with Federal Court Documents and why Plaintiff is requesting permission to serve Defendant via alternative methods: his attorney's, mail, and email. Rio Props., Inc. v. Rio Int'l Interlink, 284 F.3d 1007, 1017 (9th Cir. 2002).

JANE DOE:

_____

Pro se Plaintiff

# Exhibit 1

**Confidential Order for Jonathan Rees aka Greg Ellis ordered by Judge Young, Broome Family Court**

FCA § 154-(b); 818; 1015 (rev. 9/26/13)

At a Term of the Family Court of the State of New York, held in and for the County of Broome at Binghamton, New York.

PRESENT: HON. MARK H. YOUNG
FAMILY COURT JUDGE

---

In the Matter of the Application of
for a Confidential Address Made by:
JONATHAN REES,

Applicant

CONFIDENTIAL ADDRESS

File No.   47031

---

**NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY, AFTER COURT HEARING, RESULT IN YOUR COMMITMENT TO JAIL FOR A TERM NOT TO EXCEED SIX MONTHS FOR CONTEMPT OF COURT.**

Pursuant to §1113 of the Family Court Act, an appeal must be taken within thirty days of receipt of the Order by appellant in Court, thirty-five days from the mailing of the Order to the appellant by the Clerk of the Court, or thirty days after service by a party or Attorney for the Child upon the appellant, whichever is the earliest.

The above matter having come on before the Court upon the Applicant's affidavit requesting that the court hold his or her address confidential,

AND, the Clerk of the Court having maintained the Applicant's address as confidential pending a formal decision by the court,

AND, the Applicant having filed the attached Affidavit of facts in support of the request to maintain his or her address as a confidential address pursuant to Family Court Act §154-b, or §580-312 and the court having considered the application and the Court file in this matter, and the Court having found:

That disclosure of the applicant's address and/or other identifying information would pose an unreasonable risk to the health or safety of the applicant and/or the subject child(ren).

ACCORDINGLY, it is

ORDERED, that the request for Confidentiality is approved and the applicant's address shall be held confidential from adverse parties as provided in FCA §154-b; and it is further

ORDERED that applicant's address shall be maintained by the court as a confidential address; and it is further

**ORDERED that this order shall expire six months from the date of entry, at which time, applicant may repetition the Court for a new Confidentiality Order**; and it is further

ORDERED that the Chief Clerk of the Broome County Family Court is designated as the agent for service of process for the applicant for the purpose of any Family Court proceedings in which this applicant is a party; and it is further

Page 1 of 2

ORDERED that applicant shall notify the Chief Clerk of the Broome County Family Court, in writing, within five (5) days of any change in address.

Dated: 2-22-24

ENTER

_____
Hon. Mark H. Young, Family Court Judge

THE ORIGINAL OF THIS ORDER WAS ENTERED IN THE OFFICE OF THE BROOME COUNTY FAMILY COURT CLERK ON February 26, 2024.

THE DISTRIBUTION OF THIS ORDER IS AS FOLLOWS*:
Upon:

| | |
|---|---|
| April Chandler | - via mail |
| Jonathan Rees | - via mail |
| Christopher T. Brown, Esq. | - via email |
| Richard H. Miller, Esq. | - via email |

By: _____
Broome County Family Court Clerk's Office
*Service date and entry date are the same unless otherwise indicated.

Page 2 of 2