U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jun 10 - 2024
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

| | |
|---|---|
| JANE DOE, JOHN DOE, JOHN DOE, JANE DOE <br><br> Plaintiffs <br><br> -against- <br><br> JONATHAN REES aka GREG ELLIS aka JOHNATHAN REES aka JONNY REES aka JACOB LORENZO <br><br> Defendant | Case No. 3:24-cv-00274 <br><br> **LETTER TO JUDGE** |

Your Honor,

I kindly request an extension of your order, ECF 26 pending outcome of my appeal to Honorable District Judge Mae A. D'Agostino, ECF 29. On receipt of your order, I immediately started speaking with attorney's to find the right representation for my children in the event my appeal is denied, however, it wouldn't be prudent or make financial sense for me to sign an agreement with any attorney and pay a retainer until we know the outcome of my appeal. I hope you understand and grant my request for an extension.

Respectfully submitted,

Jane Doe

*Jane Doe*

1