UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CERTIFICATE OF SERVICE

Case No: 3:24-cv-274
Date filed: 06/10/2024

Plaintiff: **Jane Doe, John Doe, John Doe, Jane Doe**
Defendants: **Jonathan Rees aka Greg Ellis aka Johnathan Rees aka Jonny Rees aka Jacob Lorenzo**

I, Jane Doe, hereby certify that I am the plaintiff herein and served a copy of the following documents:

**Extension ECF 26** on Defendant:

**Jonathan Rees aka Greg Ellis aka Jonny Rees et al.** at **2251 W. ROSCOE ST. CHICAGO, IL 60618** and to **PMB 101, 1770, S.Randall Road, Suite A, Geneva IL. 60134-4646**

in a 1st Class postpaid properly addressed envelope under the exclusive care and custody of the United States Post Office by mailing and depositing a true and correct copy of said document at:

USPS 117 Rano Blvd, Vestal, NY 13850

on the following date: 06/10/2024

I certify that the foregoing is true and correct.

Dated: 06/10/2024

Signed: ___*Jane Doe*___
Name: Jane Doe