U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Aug 12 - 2024**

John M. Domurad, Clerk

UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

|  |  |  |
|---|---|---|
| _____ | ) | |
| JANE DOE, JOHN DOE, | ) | |
| JOHN DOE, JANE DOE | ) | Case No. 3:24-cv-00274 |
|  | ) | |
| Plaintiffs | ) | |
|  | ) | |
| -against- | ) | |
|  | ) | **LETTER TO JUDGE** |
|  | ) | |
| JONATHAN REES aka GREG ELLIS | ) | |
| aka JOHNATHAN REES aka JONNY REES | ) | |
| aka JACOB LORENZO | ) | |
|  | ) | |
| Defendant | ) | |
| _____ | ) | |

Your Honor,

I kindly request one final extension of your order, ECF 26. As stated, I have found an attorney to represent my children, but I've been dealing with a medical emergency for my son and unfortunately have been focused on him, not much else, and the attorney is awaiting some documents from me signed by the children with a notary, which we haven't been able to do given my son is contagious. Also, from my understanding I believe they are still navigating their admittance to the Northern District of New York.

Given Defendant hasn't responded to the entry of default or my request for default judgment, Defendant will not be prejudiced by granting me more time. I hope you grant my request for a further extension.

1

2

Also, to clarify about the mailing address given ECF 35 and 36. 200 Washington Street, 7181, Endicott, NY, 13760 is one hundred percent correct. I paid for twelve months in February 2024 and therefore doesn't expire until February 2025 at which time it will be automatically renewed. The staff at the USPS are amazing and helpful and all know me given I'm there frequently and receive a lot of mail from the Court. They don't understand what happened, but said it must have been returned to the Court in error and apologized to me for the mistake. They did provide me with a statement stamped by them verifying I have the PO Box until next year, which I can supply to the Court if necessary. I did call and supplied my email address and phone number to the Chambers in case there's any future issues, but I have been reassured by Staff at USPS that there shouldn't be any problems going forward.

Respectfully submitted,

Jane Doe

2