UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 23 - 2024
John M. Domurad, Clerk

| | |
|---|---|
| JANE DOE, JOHN DOE, JOHN DOE, JANE DOE | Case No. 3:24-cv-00274 |
| Plaintiffs | |
| -against- | **LETTER TO JUDGE** |
| JONATHAN REES aka GREG ELLIS aka JOHNATHAN REES aka JONNY REES aka JACOB LORENZO | |
| Defendant | |

Your Honor,

I kindly request an additional final extension of your order, ECF 26. As stated, I have found an attorney to represent my children, but after dealing with a medical emergency for my youngest son, and then getting them all settled back in school, I came up for air last week and realized as my eldest son will be 18 in late October, it would save me significant sums if the Attorney only represented my two youngest children, instead of all three of them. Furthermore, when my son turns 18, he can choose to either represent himself or hire a different attorney to protect his interests. I appreciate I said the last extension request was my last one, which I believed would be the case and apologize for requesting yet another extension, but I hope you understand why I feel it's best to extend until November 4th, 2024 to allow my son to make his own choices, just as he will when he votes for the first time in November's Presidential election.

Given Defendant hasn't responded to the entry of default or my request for default judgment, Defendant will not be prejudiced by granting me more time. I hope you grant my request for a further extension.

Respectfully submitted,

Jane Doe
*Jane Doe*