U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 04 - 2024
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

_____
                                                          )
JANE DOE, JOHN DOE,                         )
JOHN DOE, JANE DOE                          )   Case No. 3:24-cv-00274
                                                          )
          Plaintiffs                         )
                                                          )
      -against-                                )
                                                          )   **LETTER TO JUDGE**
                                                          )
JONATHAN REES aka GREG ELLIS      )
aka JOHNATHAN REES aka JONNY REES )
aka JACOB LORENZO                          )
                                                          )
          Defendant                        )
_____)

Your Honor,

Thank you for the extensions. Unfortunately, the attorney I found to represent my children didn't meet the criteria for NDNY, plus, the reality of the looming costs made me very concerned during a period of time where there's a lot of financial uncertainty given my work has been drastically cut short due to Defendant and his enablers reaching out to my board members, film distributor, et cetera to destroy me, my career, my films, and all business opportunities. My son is also going to College next year, which has to be my priority, along with meeting my parental responsibilities for my other two children. I wish they could be represented as per your order, which I have tried to do, but I just can't pull it off. I believe this leaves me no choice, but to remove my two youngest children Jane Doe, John Doe as Plaintiffs as I can't meet your request.

1

My eldest son, who turned 18, is going to appear pro se. I would appreciate your guidance on how you wish him to appear for himself.

Thank you in advance.

                                                Respectfully submitted,

                                                Jane Doe

                                                *Jane Doe*