UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

U.S. DISTRICT COURT – N.D. OF N.Y.

FILED

Nov 9 - 2024

John M. Domurad, Clerk

| | |
|---|---|
| JOHN DOE | ) |
| | ) |
| | ) Case No. 3:24-cv-00274 |
| | ) |
| Plaintiff | ) |
| | ) |
| -against- | ) |
| | ) **LETTER TO JUDGE** |
| | ) |
| JONATHAN REES aka GREG ELLIS | ) |
| aka JOHNATHAN REES aka JONNY REES | ) |
| aka JACOB LORENZO | ) |
| | ) |
| Defendant | ) |
| | ) |

Dear U.S. District Judge Mae A. D'Agostino,

I respectfully seek permission to appear as Pro Se against Defendant.

Thank you.

John Doe

J. Doe

1