**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓lies.info
**Subject:** A▓▓▓▓▓▓▓ Indicted on Multiple Felonies
**Date:** November 9, 2023 at 9:28:08 AM PST
**To:** ▓▓▓▓▓▓▓▓▓Lies.info <contact@▓▓▓▓▓▓lies.info>

▓▓▓▓▓▓▓▓ was indicted by a Chenango County Grand Jury on October 4, 2023, for three counts of Reckless Endangerment in the First Degree Felony and Menacing in the Second Degree. These charges stem from incidents alleged to have occurred on or about August 8, 2023, in the Town of Smithville.

The arraignment for these criminal charges is scheduled as follows:

- **Arraignment Date:** November 13, 2023
- **Time:** 11:30 AM
- **Court Location:** Chenango County Court
- **Address:** 13 Eaton Avenue, Norwich, New York.

# INFORMATION WANTED

### Endicott Woman Charged After Shots Fired in Chenango County - 8/11/2023 FOX40 WICZ

An Endicott woman is charged after **shots were fired** in Chenango County on August 8th.... ▓▓▓▓▓▓▓ was **arrested and charged** with Criminal Possession of a Weapon in the 4th degree, two counts of Reckless Endangerment [1st degree], and Menacing in the 2nd degree....**an Order of Protection** has been issued for the victim...▓▓▓▓▓▓ is scheduled to appear in court at a later date and **additional charges** may be filed.

## Fraud

▓▓▓▓▓▓▓ has been repeatedly and gravely implicated in serious allegations of **fraud** and egregious **breaches of contract**. Alarmingly, there is an undeniable and persistent pattern of her **evading legal service**, blatantly disregarding court appearances, and willfully neglecting to honor default judgments. Those who have sought justice against her for damages have been met with this disturbing behavior time and again.



## Theft

In 1995, ▓▓▓▓▓▓▓ a WREN ▓▓▓▓▓▓▓ was **convicted** in the **theft** of a ▓▓▓▓▓▓ painting from ▓▓▓▓▓▓▓ in ▓▓▓▓▓ attempting to sell it for £500,000.

### Tayside Wren is given 12 months



▓▓▓▓ di▓▓▓▓▓▓ ▓ice
A TAYSIDE Wren with an unblemished career record was yesterday convicted for her part in a plot to sell a £20,000 painting stolen from a ▓▓▓▓▓▓▓

## Attempted Murder

Along side being a victim of **fraud** and **theft**, a Smithville resident was suddenly confronted by an **armed assailant**, identified as ▓▓▓▓ ▓▓▓▓▓ dressed in black with a white mask. Just after mowing their field, the victim heard a gunshot at close range and turned to see the masked gun-woman ▓▓▓▓▓▓ aiming directly at them. In a harrowing chase, ▓▓▓▓ pursued the victim, **firing multiple shots.**

The victim fears for their life.



Have you encountered any issues or faced similar troubles with ▓▓▓▓▓▓▓▓▓▓▓ We are gathering experiences and testimonies from individuals who have had dealings with her. Whether it's a business transaction, legal dispute, or any other form of interaction, your insights could be invaluable. If you have information or a story to share, please reach out to us at. Your privacy will be respected, and your contribution could help others make informed decisions.