UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

| | |
|---|---|
| JANE DOE, JOHN DOE.<br><br>Plaintiffs<br><br>-against-<br><br><br>JONATHAN REES aka GREG ELLIS<br>aka JOHNATHAN REES aka JONNY REES<br>aka JACOB LORENZO<br><br>Defendant | Case No.3:24-cv-274 (MAD/ML)<br><br><br>**DECLARATION OF<br>DEBORAH BERNSTEIN** |

## DECLARATION OF DEBBIE BERNSTEIN IN SUPPORT OF REPLY FOR DEFAULT JUDGMENT

I, DEBBIE BERNSTEIN, declare under penalty of perjury that the foregoing is true and correct:

1. On November 8, 2023, my attorney had a process server serve a default notice on Greg Ellis aka Jonathan Rees for a case I have against him in Los Angles County California, case number 238MCV02208. The following day, November 9, 2023, I received an email from email address: "▓▓▓▓Lies.info" subject: "▓▓▓▓ Indicted on Multiple Felonies" (See Exhibit A.)

1

2

The only people who knew I was serving Mr. Ellis/Rees on 11/08/2023 were myself, the process server and my attorney, Avi Sinai esq. I believed the email to be a direct threat against me, showing me how Mr. Ellis/Rees would slander me in a similar way for moving forward in my case against him.

Executed on January 3, 2025.

Deborah Bernstein