UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

|  |  |
|---|---|
| JANE DOE, JOHN DOE, <br> JOHN DOE, JANE DOE <br><br> Plaintiffs <br><br> -against- <br><br><br> JONATHAN REES aka GREG ELLIS <br> aka JOHNATHAN REES aka JONNY REES <br> aka JACOB LORENZO <br><br> Defendant | Case No.3:24-cv-274 (MAD/ML) <br><br><br> **LETTER TO JUDGE** |

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Apr 28 - 2025**

John M. Domurad, Clerk

Dear Magistrate Judge Lovric,

I am respectfully writing to clarify the date by which the Defendant must respond to my Second Amended Complaint. Defendant was served on the 10th April, 2025 by posting to the door, see attached, which would make May 1st, 2025 the returnable date, however, 8th May, 2025 has been set by the court. Defendant was also mailed documents within the 20 days of posting as outlined in N.Y. C.P.L.R. § 308. I'd appreciate clarification to ensure Defendant doesn't exploit any potential errors in the future.

Many thanks.

1

2

Dated: Broome County, New York

April 28, 2025

                                                    Respectfully submitted,

                                                    _/s/ Jane Doe_____

                                                                Jane Doe