UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**May 09 - 2025**
John M. Domurad, Clerk

| | |
|---|---|
| JANE DOE, JOHN DOE )<br>)<br>) Plaintiffs )<br>)<br>-against- )<br>)<br>)<br>)<br>)<br>JONATHAN REES aka GREG ELLIS )<br>aka JOHNATHAN REES aka JONNY REES )<br>aka JACOB LORENZO )<br>)<br>Defendant )<br>) | Case No.3:24-cv-274 (MAD/ML)<br><br>**REQUEST TO ENTER DEFAULT** |

**APPLICATION FOR ENTRY OF DEFAULT AND SUPPORTING AFFIDAVIT**

COME NOW the Plaintiffs, Jane Doe and John Doe, Pro Se., kindly requests the Clerk, pursuant to Rules of Civil Procedure, to enter default against Defendant Jonathan Rees aka Greg Ellis aka Johnathan Rees aka Jonny Rees aka Jacob Lorenzo, in the above entitled action for failure to plead, answer or otherwise defend as set forth in the Supporting Affidavit attached hereto. The party against whom it seeks a judgment of affirmative relief is not an infant, in the military, or an incompetent person.

1

Dated: Broome County, New York

May 9th, 2025

                                                           Respectfully submitted,

                                                           */s/ Jane Doe*

                                                                               Jane Doe