UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

| | |
|---|---|
| JANE DOE, JOHN DOE | )<br>)<br>) Case No.3:24-cv-274 (MAD/ML)<br>)<br>Plaintiffs )<br>)<br>-against- )<br>)<br>) **DECLARATION OF**<br>) **JOHN DOE**<br>)<br>)<br>JONATHAN REES aka GREG ELLIS )<br>aka JOHNATHAN REES aka JONNY REES )<br>aka JACOB LORENZO )<br>)<br>Defendant )<br>) |

**DECLARATION OF JOHN DOE IN SUPPORT OF ENTRY FOR DEFAULT JUDGMENT**

I, JOHN DOE, declare under penalty of perjury that the foregoing is true and correct:

I am the Plaintiff in the above-captioned action and submit this Declaration in support of Plaintiffs entry for Default Judgment against Defendant Jonathan Rees aka Greg Ellis aka Johnathan Rees aka Jonny Rees aka Jacob Lorenzo.

1

2

Executed on May 9th, 2025

 _J. Doe_

John Doe

Plaintiff