UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

| | |
|---|---|
| JANE DOE, JOHN DOE<br><br>Plaintiffs<br><br>-against-<br><br>JONATHAN REES aka GREG ELLIS<br>aka JOHNATHAN REES aka JONNY REES<br>aka JACOB LORENZO<br><br>Defendant | Case No. 3:24-cv-274 (MAD/ML)<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court on the Motion of Plaintiffs, Jane Doe and John Doe, pro se., For Entry of Default, and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion For Entry of Default is **GRANTED.**

BY THE COURT:

_____

District Court Judge