# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

# CERTIFICATE OF SERVICE

Case No: 3:24-cv-274
Date filed: 05/09/2025

Plaintiff: **Jane Doe, John Doe**
Defendants: **Jonathan Rees aka Greg Ellis aka Johnathan Rees aka Jonny Rees aka Jacob Lorenzo**

I, Jane Doe, hereby certify that I am the plaintiff herein and served a copy of the following documents:

**Request For Entry of Default, Proposed Order, Jane Doe and John Doe Affidavits in support of Entry of Default, Certificate of Service** on Defendant:

**Jonathan Rees aka Greg Ellis aka Jonny Rees et al.** at **2251 W. ROSCOE ST. CHICAGO, IL 60618** and to **PMB 101, 1770, S.Randall Road, Suite A, Geneva IL. 60134-4646**

in a 1st Class postpaid properly addressed envelope under the exclusive care and custody of the United States Post Office by mailing and depositing a true and correct copy of said document at:

USPS 200 Washington Avenue, Endicott, NY 13760

on the following date: 05/09/2025

I certify that the foregoing is true and correct.

Dated: 05/09/2025

Signed: ___Jane Doe___
Name: Jane Doe