# UNITED STATES DISTRICT COURT

## Northern District of New York

### 6th Judicial Division

| | |
|---|---|
| JANE DOE, JOHN DOE. | Case No.3:24-cv-274 (MAD/ML) |
| Plaintiffs | |
| -against- | |
| | **DECLARATION OF** |
| | **DEBORAH BERNSTEIN** |
| JONATHAN REES aka GREG ELLIS aka JOHNATHAN REES aka JONNY REES aka JACOB LORENZO | |
| Defendant | |

**DECLARATION OF DEBBIE BERNSTEIN IN SUPPORT OF REPLY FOR DEFAULT JUDGMENT**

I, DEBBIE BERNSTEIN, declare under penalty of perjury that the foregoing is true and correct:

1. On November 8, 2023, my attorney had a process server serve a default notice on Greg Ellis aka Jonathan Rees for a case I have against him in Los Angles County California, case number 238MCV02208. The following day, November 9, 2023, I received an email from email address: "▨▨▨ies.info" subject: "▨▨ ▨▨ Indicted on Multiple Felonies" (See Exhibit A.)

1

The only people who knew I was serving Mr. Ellis/Rees on 11/08/2023 were myself, the process server and my attorney, Avi Sinai esq. I believed the email to be a direct threat against me, showing me how Mr. Ellis/Rees would slander me in a similar way for moving forward in my case against him.

Executed on January 3, 2025.

Deborah Bernstein