UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

| | |
|---|---|
| JANE DOE, JOHN DOE. ) <br> ) <br> Plaintiffs ) <br> ) <br> -against- ) <br> ) <br> ) <br> ) <br> JONATHAN REES aka GREG ELLIS ) <br> aka JOHNATHAN REES aka JONNY REES ) <br> aka JACOB LORENZO ) <br> ) <br> Defendant ) <br> ) | Case No.3:24-cv-274 (MAD/ML) <br><br> **DECLARATION OF** <br> **THOMAS D'ANGELO** |

## DECLARATION OF THOMAS D'ANGELO IN SUPPORT OF
## REPLY FOR DEFAULT JUDGMENT

I, THOMAS D'ANGELO, declare under penalty of perjury that the foregoing is true and correct:

1. I was the Landlord of Ms. ▓▓▓▓▓ at ▓ Pitkin Hill Road, Johnson City, NY 13790

2. On or about December 6th, 2022 Mr. Rees, (who told me his name was Greg Ellis) called me and asked if I knew where ▓ was, I replied she's right here with me and my brother Mike at the property. He asked me to pass my phone to her, which I did.

1

3. On April 19th, 2023 I received a text from Mr. Rees enquiring about the rental property that Ms. ▆ was renting with her family.

4. On August 20th, 2023 I received a text from Mr. Rees with a video and text "This old man turned up at my house today claiming to have been scammed by ▆."

5. On August 21st, 2023 I received a text from Mr. Rees "Firstly, I'm so sorry I met ▆ and sorry that you ever got introduced to her. Anthony suggested we talk, which I'd like to. Are you available Tommy?"

6. As the Landlord of Ms. ▆, I didn't think it was appropriate to speak with Mr. Rees about my property or my Tenant and why I didn't respond to his text messages.

7. In and around August, 2023 Ms. ▆ told me she was in fear of Mr. Rees and relocated to a new property.

8. My sister Shirley D'Angelo asked me for Ms. ▆'s new address, which I gave her not knowing at that time that Mr. Rees had also reached out to my sister and befriended her, who based on belief believed Mr. Rees story about Ms. ▆ and asked me to be careful.

9. My sister told me she had spoken with Michael Weisberg after being connected to him by Mr. Rees.

10. Ms. ▆ was upset with me for sharing her address, which I did not understand until Ms. ▆ showed me a website with her address publicly advertised. Ms. ▆ told me she was afraid of what Mr. Rees and his friends would do and needed to leave immediately. I helped move her, her three children and her dog with some of their belongings to the Hilton Hotel in Vestal, NY. My sister asked me for Ms. ▆'s whereabouts, which based on belief was requested by Mr. Rees. I did not disclose her new location to anyone now understanding the gravity of Mr. Rees pursuit of Ms. ▆.

Executed on January 4, 2025.

*Thomas D'Angelo*

Thomas D'Angelo

JEREMIAH BENJAMIN BALDWIN
Notary Public - State of New York
No. 01BA6373817
Qualified in Tioga County
My Commission Expires April 16, 20__26__

*Jeremiah Baldwin*