STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

---

In the Matter of ▮▮▮▮▮▮▮▮
on behalf of ▮▮▮▮▮▮ , ▮▮▮▮▮▮ ,
▮▮▮▮▮ from action of the Board of Education
of the Maine-Endwell School District regarding
the denial of admission ▮▮▮▮▮▮▮▮ .

**AFFIDAVIT**

---

I, Mary Kathryn Simek, also known as Katie, being duly sworn, depose and state that:

1. I am employed by the Maine-Endwell Central School District ("MECSD"), and have held the position of School Counselor at all periods relevant herein.

2. I am the school counselor for ▮▮▮▮▮▮ and ▮▮▮▮▮▮ .

3. On October 2, 2023, I received an anonymous phone call from a man expressing deep concern for the safety of the ▮▮▮ children. The caller mentioned that the mother, ▮▮▮▮▮▮ ("▮▮▮"), is considered dangerous, law enforcement is involved, and there should be significant concern for the well-being of the children.

4. On the same day, October 2, 2023, I met with ▮▮▮▮▮ at school wherein I was informed by him that he feels safe at home, and that his family no longer resides at Pitkin Hill Road, Johnson City. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , New York.

5. I next contacted ▮▮▮ that same day, October 2, 2023, ▮▮▮▮▮▮▮▮▮▮▮▮▮ an Airbnb ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . ▮▮▮ declined to disclose her current address without a stated reason ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ .

6. That same day, October 2, 2023, I was present when MECSD Principal Mark Wilson ("Wilson"), contacted the landlord of the Pitkin Hill property, Thomas D'Angelo ("D'Angelo") ■ an attempt to determine ███'s current residence. D'Angelo advised that the ███ were no longer residing ███████████ Pitkin Hill Road, Johnson City, NY. [*see Aff. of Mark Wilson*].

7. Subsequently, on October 4, 2023, as a result of a report to CPS, I was present when a CPS caseworker conducted interviews at MECSD with both ███ and ███████. ███ acknowledged that the ███'s current residence is ███████.

8. Thereafter my involvement with this matter was primarily limited to periodic check-ins with ███ ███ to assess his well-being.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 24, 2024

Sworn to before me this 24th day of January 2024.

_____
Notary Public

Mary Kathryn ("Katie") Simek
School Counselor, Maine Endwell Central School District

CATHERINE R. NOLAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NO6338762
Qualified in Broome County
Commission Expires    March 21, 2026