UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

|  |  |  |
|---|---|---|
| JANE DOE, JOHN DOE. | ) | |
| | ) | Case No.3:24-cv-274 (MAD/ML) |
| Plaintiffs | ) | |
| -against- | ) | |
| | ) | **DECLARATION OF** |
| | ) | **DANA REES** |
| JONATHAN REES aka GREG ELLIS aka JOHNATHAN REES aka JONNY REES aka JACOB LORENZO | ) | |
| Defendant | ) | |

**DECLARATION OF DANA REES IN SUPPORT OF**

**REPLY FOR DEFAULT JUDGMENT**

I, DANA REES, declare under penalty of perjury that the foregoing is true and correct:

1. I was married to Jonathan Rees for almost twenty years. We have two children who are adults now.

2. In March of 2015 my ex-husband suffered a psychotic break and was placed on a 5150 hold. I was instructed by our social worker to obtain an emergency protective order which I did. After he was released on what was now 5250 after eleven days he

1

entered our neighbors home without their knowledge and contacted me. The police were called, and he was served with the emergency protective order. He then voluntarily admitted himself to a facility in New Mexico. After a few days he left the facility and came to our home and broke in the house terrifying myself and our children. The police came and he was again placed on a 5150 hold.

3. Jonathan Rees then wrote a book about this experience in retaliation for my seeking a divorce and custody of the children. He went on numerous talk shows continuing to slander me.

4. He used third parties to "dox" me on social media leading to my work inquiring about my personal situation.

5. Jonathan Rees visited neighbor's homes delivering the book "The Respondent" to further paint me in a bad light.

6. For ten years I have been the victim of Jonathan Rees' lies about me.

7. I won full legal and physical custody of our children. He lost physical custody after he had his first unmonitored visit with the boys and he hurt my younger child and my older child filmed all of it.

8. Jonathan Rees then held me in contempt of court on baseless claims. I had to hire a criminal attorney who discovered that all of the claims, which were false, were beyond timeline allowed to file.

9. I have two experiences with Jonathan Rees forging emails. When we were still married who shared an email that he faked to have been sent by the singer Robbie Williams stating that Jonathan sang on his album. The second time was when we were in court for the DVRO he submitted to the court an email that he claimed was from me but I never sent the email he submitted to the court.

Executed on January 5, 2025.

                                                                                            _____

                                                                                               Dana Rees