# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON
### PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Jane Doe and John Doe, II

vs.                                    CASE NUMBER: **3:24-CV-274**

Jonathan Rees                                       (MAD/ML)

I, JOHN M. DOMURAD, CLERK, by Susan Evans, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 12th day of May, 2025 against Jonathan Rees.

Dated:   ___May 12, 2025___

Clerk of Court

By: s/ Susan Evans

Deputy Clerk