Law Office of Ricky Andreorio

April 11, 2025

Broome County Family Court
65 Hawley Street
Binghamton, NY 13902-1766

Re:     ███████ v. Rees
        File No.: 47031
        Docket#: O-03679-23/24A

Witness Information:  Jordon Lilley
                      428 Collyer Rd.
                      Town of Smithville
                      New York, 13778

Dear Judge Gorman,

    I am writing to request permission for the above witness to be appear virtually for the Trial proceedings scheduled on April 16, 2025..

    Thank you for your time and consideration in this matter. If any additional information is required please let me know.

                                       Respectfully yours,

                                       Ricky D. Andreorio, Esq.
                                       3439 Vestal Pkwy E.
                                       PMB 383
                                       Vestal, NY 13850
                                       (917) 399-1704
                                       Ricky@Andreoriolaw.com