# UNITED STATES DISTRICT COURT

## Northern District of New York

### 6th Judicial Division

---

)
JANE DOE, JOHN DOE                    )        Case No.3:24-cv-274 (MAD/ML)
                                      )
                   Plaintiffs         )
                                      )
         -against-                    )
                                      )        ✗✗✗✗**EXHIBITS** ✗
                                      )
                                      )
JONATHAN REES aka GREG ELLIS          )
aka JOHNATHAN REES aka JONNY REES      )
aka JACOB LORENZO                      )
                                      )
                   Defendants         )
_____ )

**EXHIBITS** ✗**AND SUPPORTING DOCUMENTS**

✗✗✗✗**MOTION FOR DEFAULT JUDGMENT**

**<u>EXHIBIT 1</u>**

A Photo Showing History and Defendant's Pattern of Abuse

Threatening to Set Up a "Special Website" on **October 9th, 2022** About His Ex-Girlfriend (From Public Records in Los Angeles Superior Court) and Send Out Revenge Porn in Retaliation For Her Ending Their Relationship and Ignoring His Requests to Speak. His Ex-Girlfriend Stopped Him From Creating a Website By Getting a DVRO Against Defendant on **October 13th, 2022**. His Threats Became a Reality for Plaintiff.



**EXHIBIT 2**

Defendant Was Charged on the 20th December, 2024 in NY For Multiple Crimes, Including Perjury, Intent Defraud, False Written Statement, Unlawful Surveillance, Unlawful Published Intimate Image, Coercion, as Per His Pattern, For His Bad Acts Towards His Ex-Girlfriend. Plaintiff Knows First Hand He Will Act Out His Threats to Harm, Further Backed Up By His History and Why She is Concerned Not Just For the Present, But For Herself and Her Children's Future.



**NEW YORK STATE**
Unified Court System

OFFICE OF COURT ADMINISTRATION
25 Beaver Street
New York, New York 10004
CHRS@nycourts.gov

**Division of Technology and Court Research**
**Criminal History Record Search (CHRS) Program**
*Criminal Disposition Information*

| Bill To Information | | Job No. | Delivery Type | Job Date | Job Time |
|---|---|---|---|---|---|
| ███████ | | ████ | ████ | 12/20/2024 | |

| Name (A.K.A.) | County | Date of Birth | Arrest Date |
|---|---|---|---|
| REES, JONATHON | Chenango | 03/21/1968 | 12/20/2024 |

**Adjourn/Disposition Date, Charge, Disposition, and Sentence Information**

Chenango County Court

Docket/Case/Serial Number: IND-70260-24/001
Court Control Number: 70974681Z
Last Activity Date: 12/20/2024
Adjourned To: 12/20/2024

Temporary Order Of Protection Issued

Charge: PL 175.35 01 EF Fls Instrmnt-1 Intent Defraud
Disposition/Status: Not Disposed Yet

Charge: PL 210.05 AM Perjury-3rd
Disposition/Status: Not Disposed Yet

Charge: PL 210.45 AM False Written Statement
Disposition/Status: Not Disposed Yet

Charge: PL 250.45 01 EF Unlaw Surveil2:Amusemnt/Profit
Disposition/Status: Not Disposed Yet

Charge: PL 135.60 03 AM Coercion-3:Fear Crim Conduct
Disposition/Status: Not Disposed Yet

Charge: PL 135.60 05 AM Coercion-3rd: Expose A Secret
Disposition/Status: Not Disposed Yet

Charge: PL 135.60 09 AM Coercion-3:Fear Harmful Act
Disposition/Status: Not Disposed Yet

Charge: PL 240.30 01A AM Agg Harassment 2 - Threat
Disposition/Status: Not Disposed Yet

Charge: PL 245.15 AM Unlawful Pub Intimate Image
Disposition/Status: Not Disposed Yet

| OCA Remarks | |
|---|---|

**EXHIBIT 3**

It's Always the Same Pattern of Abuse, Screenshot From LA Superior Court in His Ex-Girlfriend's DVRO Petition Against Defendant. Here Defendant Claims His Ex-Girlfriend is "a Very Dangerous Individual…I had to move to NY to get away from her…", "…Afraid to go Home" Currently, Defendant is Claiming Plaintiff is Dangerous and Why He Had to Leave NY.



# EXHIBIT 4

Defendant Filed For an OOP in NY Against His Ex-Girlfriend in Retaliation After She Received

a DVRO Against Him in LA, Which He Received Under the

"Unclean Hands Doctrine".



**EXHIBIT 5**

Attempted Murder Screenshot From Video on Website Ending .info

Defendant and His Enablers Have Amended the Website Multiple Times Over the Last

17 Months.



# EXHIBIT 6

Defendant Filed This Document in His Ex-Girlfriend's Case, in His Own Words Claiming it's a
Letter He Sent to Chenango District Attorney, Which Includes Backend Links to the Website.
Pretty Much What Comes Out of His Mouth is Lies, Misrepresented or Fabricated "Evidence".
Defendant is Not Even Remotely Credible.



I have also been contacted by victims in Canada, Los Angeles, San Diego, the United Kingdom, as well
as New York.
One of her victims sent me a link to an informative website about the crimes of ▮▮▮▮▮▮
https://www.▮▮▮▮▮▮.info

Notwithstanding the fact that since August 9th I have been living as a victim-fugitive out of state since
the attempt on my life on August 8, the OOP violations and criminal contempt that started on August
9th (the day after the attempted murder) and have continued on an hourly basis, every day, up until
today, and are still occurring.

So far the OOP violations count in the 100's and include, although are not limited to, social media
posts on X, Facebook, emails to family and friends, threatening text messages to my professional
associates, incl. attorneys, disturbing phone calls to members of the press, videos, audio recordings,
intimidating posts directed to my psychologist, 8 doxing posts of my name and address, and
voluminous amounts of legal documents that include my name and address.

The aforementioned website also includes some of her previous crimes, deceits and frauds, as well as
civil judgements against her:
https://www.▮▮▮▮▮▮.info/attempted-murder

https://www.▮▮▮▮▮▮.info/art-heist

https://www.▮▮▮▮▮▮.info/forever-young

https://www.▮▮▮▮▮▮.info/2020-ram

https://www.▮▮▮▮▮▮s.info

It has now been over 6 weeks since I called the Chenango District Attorney. I have yet to receive a call
back from him, which is surprising, given the series nature of the violent and pre-meditated crime
that occurred in his jurisdiction.

Lastly, I still have not heard wether the weekly pre-trial probation check-ins that was requested of
▮▮▮▮ by your department at the Aug 22nd hearing, and subsequently granted by the judge, have
been adhered to by ▮▮▮▮ nor wether the updated and strengthened OOP (to include 3rd party
contact) has been served on ▮▮▮▮ and entered into the system. Please will you kindly advise on
both these items? Thank you.

Sincerely,
Jonathan Rees

4/23/2024, 11:15 PM

7

**EXHIBIT 7**

Defendant Received Court Documents on **March 22nd, 2024** For Plaintiff's Lawsuit Against Him, Evidenced in His Own Words Filed Under Penalty of Perjury in His Ex-Girlfriend's Case**.** Plaintiff Follows Local Rules For Service and Mailing Court Documents. Defendant Filed Police Complaints in Retaliation For Serving Him.

From: Greg Ellis <entertwine@proton.me>
Date: On Friday, March 29th, 2024 at 1:54 PM
Subject: RE: OOP Violations
To: KARDERINIS, MICHAEL (TROOPERS) <MICHAEL.KARDERINIS@troopers.ny.gov>
CC: Dennis C. Vacco <dvacco@lippes.com>, Kirstie A. Means <kmeans@lippes.com>, Judge Rick Millar <rhm2law@gmail.com>, Chris Brown <Chris@chrisbrownlaw.com>, Amber Ming <amber@chrisbrownlaw.com>, Nicole.Sheehan@troopers.ny.gov <Nicole.Sheehan@troopers.ny.gov>, crudy@co.chenango.ny.us <crudy@co.chenango.ny.us>, glabarbe@bataviall.gov <glabarbe@bataviall.gov>, Batavia Police Main Line Saxma Then Carpino <dcarpino@bataviall.gov>, Ben Bergman <ben@jacksonbergman.com>, districtattorney@co.chenango.ny.us <districtattorney@co.chenango.ny.us>, cohara@co.chenango.ny.us <cohara@co.chenango.ny.us>, jessiccadavy@co.chenango.ny.us <jessiccadavy@co.chenango.ny.us>, samuel.whittaker@troopers.ny.gov <samuel.whittaker@troopers.ny.gov>

Trooper Karderinis:

**This week I received a certified letter through the mail addressed to me at my court ordered confidential address from** , whom I have three (3) active Orders of Protection against.

The People of the State of New York sought and was granted three (3) permanent no contact Orders of Protection against on may behalf:

- One OOP (1) issued on 08/09/2023 by Smithville town Judge Jordan Lilley
- One OOP (1) issued on 09/11/2023 by Smithville town Judge Jordan Lilley
- One OOP (1) issued by 11/14/2023 by Norwich County Judge Frank Revoir Jnr.

I have attached all three active Orders of Protection.

Further, on 02/22/2024 a Court Order was issued by Broome County Judge Mark Young to keep my new out of state address confidential.

I have attached that Court Order.

On January 10th, 2024 I emailed you evidence of s voluminous violations of those orders, including but not limited to, text messages sent by to my personal cell phone number. (attached)

This week I received a certified letter through the mail addressed to me at my court ordered confidential address from : I have not opened the letter - the envelope is stuffed to the brim with multiple pages.

Attached is screenshot showing:

1. The certified letter mailed to my confidential address by from Endicott, NY (where he resides) on March 22nd, 2024.

2. The 1st page of s handwritten Los Angeles divorce court petition from May 2022.

8

Defendant Confirms He Received a Copy of Plaintiff's Handwritten Divorce/Custody Papers From Los Angeles Superior Court, Which it Seems He Used To Locate Plaintiff's Ex-Husband and Send Him a Link to the Website.



This latest OOP violation, **sending me direct mail to my court ordered confidential address**, is yet another violation of the 3 OOP's *and* the confidentiality Order, all while on pre-trial probation release awaiting trial before Chenango Judge Frank B. Revoir Jnr. for multiple violent criminal acts involving firearms - shooting at me and two other civilians.

This week's violation is in addition to the previous OOP violations I notified you about, as well as her daily defamatory social media campaign that started Aug 9th, one day *after* she was arrested and the OOP's were issued.

I fled NY state on August 10th, 2023, accompanied by NY State troopers to the county line, and have only returned once since, with armed transport from Chenango Sheriffs for my safety, for a Grand Jury hearing that indicted ▮▮▮▮▮▮▮▮ on 3 x 1st degree felonies and 1 x 2nd degree menacing charge. I have lived out of state since, in fear of my life, as ▮▮▮▮▮▮ continues hounding and hunting me - hence why I have been, nd remain, unable to "make a complaint in person" as you suggested I do in your Jan 10th email.

On Nov 14th, 2023 ▮▮▮▮▮▮▮ was arraigned at Norwich County Court and was ordered to attend weekly pre-trial probation check ins by Judge Revoir. ▮▮▮▮▮'s continuing contacting of me are clear violations of not only the OOP's but also her pre-trial probation.

*What action will you be taking?*

I have cc.d local law enforcement, out of state law enforcement, my NY State Troopers victims advocate, and local and state attorneys representing me.

Thank you in advance for your attention to this matter and anticipated response.

Jonny Rees

9

**EXHIBIT 8**

Defendant Shared One Life, Two Faces With Plaintiff's Ex-Husband,

Who Texted Her a Link to This Page on the Website.

## One Life, Two Faces

██████████, a name that once echoed with the promise of empowerment and resilience, now resonates with the echoes of duplicity and contradiction. In the public eye, ████████ is a self-made author, a woman of words weaving narratives of self-help and empowerment. Her book, "████████████ ████████" marked the beginning of her journey as a self-publisher, a journey painted with the hues of women-power and the indomitable spirit of

motherhood.

Yet, behind the curtains of public adulation and self-proclamation, ████████'s life was a theatre of contradictions. The woman who publicly endorsed the narrative of "mothers can do everything" was the same woman who left her children in the care of a convicted child sex offender - their father.

On June 8, 2017, ████████'s public praise for her ex-husband was a performance of gratitude. She lauded him for stepping up to the responsibility of watching the kids while she trotted the globe. Yet, in the private corridors of conversations, ████████ painted a different picture. To her close confidantes, her ex-husband was a man marked by physical abuse and moral decay.

The dichotomy of ████████'s narrative was as stark as it was unsettling. Public records and court documents unveiled the truth - her ex-husband was a convicted child sex offender, his victim, a child of merely five years. Yet, ████████'s children were left under his watch, a decision that stood in stark contradiction to the public persona she so meticulously crafted.

The unraveling of ████████'s double life didn't stop there. Her ex-husband was arrested for failing to register as a sex offender. In the court documents, ████████ listed his address as the ████████████████████ The woman who once stood as a symbol of empowerment was now entangled in a narrative of contradiction and questionable decisions.



**EXHIBIT 9**

In His Own Words, Defendant Confirmed His Address and Knew About Plaintiff's Lawsuit Against Him After She Hired a Process Server to Serve Him. Plaintiff Did Not Post His Address On Social Media or About This Lawsuit and Has Never Met or Spoken With Roger Robinson as Defendant Claims. The NDNY Court Did Not Give Plaintiff Defendant's Address as He States.



### Posting Confidential Location

Ms [redacted] filed a frivolous lawsuit against Mr Rees in order to use and abuse the court system as a mechanism of stalking and harassment.

In particular, using the justification of needing to serve Mr Rees, she used the court to obtain Mr Rees' confidential address. Mr Rees has gone to great lengths to not disclose his location for fear of his life. However after using the court to obtain the information, Ms [redacted] and Mr Robinson shared Mr Rees' location online in order to harassment, intimidate, terrorize Mr Rees further



**EXHIBIT 10**

Plaintiff Received This Photo of an Email From Thomas Harrison For Plaintiff's Criminal Defense Showing From September, 2022 to October, 2022 Defendant Told Thomas Harrison That Kevin Berman Was Dangerous and His Life is in Peril, Which He also Expressed to Plaintiff on More Than One Occasion When Defendant Was Feigning Suicide to Manipulate Plaintiff. According to Defendant There's Always Someone Trying to Kill Him. This Email Also Shows Defendant's Pattern of Manipulation Getting Grown Men to Lie on His Behalf in an Attempt to Get Away With Crimes Towards Women.



**EXHIBIT 11**

From Filings in His Own Words Submitted By Defendant About Plaintiff in His Ex-Girlfriend's Case, These Emails Show Justice Lilley forwarded Plaintiff's Email She Sent to the Court Directly to Defendant in Violation of Judicial Conduct Rules, Obstruction of Justice, Engaging in Ex-Parte Communications. Contents of the Email Are Not Significant, More That the Justice Forwarded Her Email to Defendant Demonstrating Their Friendship and Use of Position Against Plaintiff.



**EXHIBIT 12**

Social Media Posts About Plaintiff and Her Children After Honorable Judge Young Ordered a 3 Year Full Stay OOP Against Defendant and his Third Party Enablers on **April 17th, 2024**, Which Didn't Deter Him.





**23:33**

← **Post**

from 5 to 10 years in prison and large fines from $10,000 to $25,000. Forgery is defined as altering or making a public record or legal document for personal gain or to harm another.

💬 4    ⇄    ♡ 5    📊 174    🔖    ⬆️

**WTFBoom55598** @WtfBoom55598 · 9/6/24
Condering she got arrested. Doesn't look fake.

💬    ⇄    ♡    📊 53    🔖    ⬆️

**English Breakfast** @TeaSpilling2023 · 9/5/24
I'm puzzled. According to Exhibit B, the entire file was transferred out of that court on 10/5/23. Why would the previous court, which had zero jurisdiction in May of 2024, issue another OOP? Didn't #therespondent state in his declaration he fled NY and hasn't been back since?

💬 2    ⇄    ♡ 1    📊 104    🔖    ⬆️

**WTFBoom55598** @WtfBoom55598 · 9/6/24
Another lie you gave given.

💬    ⇄    ♡    📊 36    🔖    ⬆️

**English Breakfast** @TeaSpilling2023 · 5d
I hope you downloaded the declaration? That one is a piece of work. If so, please share with us. #therespondent

💬 1    ⇄    ♡ 2    📊 42    🔖    ⬆️

**WTFBoom55598** @WtfBoom55598 · 3d
So you're trying so hard to make ▓▓▓ innocent.

💬    ⇄    ♡    📊 14    🔖    ⬆️

Post your reply

---

**23:40**

**Roger Robinson** @ZZTopOfLA · 2/2/24
Plus fraudulent federal income taxes. 500k recording studio, wink wink (pool house)

💬 3    ⇄ 1    ♡ 4    📊 1K    🔖    ⬆️

**English Breakfast** @TeaSpilling20... · 4/18/24

📄 451.7 KB file on MEGA
mega.nz

💬 1    ⇄    ♡ 2    📊 450    🔖    ⬆️

**Roger Robinson**    [Follow]
@ZZTopOfLA

That is one sick motherfucker

13:23 · 4/18/24 · **321** Views

**1** Like

💬    ⇄    ♡    🔖    ⬆️

Most relevant replies ⌄

**WTFBoom55598** @WtfBoom55598 · 7/11/24
Are you supporting ▓▓▓▓▓ who has a grand jury indictment againts her?

💬    ⇄    ♡ 8    🔖    ⬆️

**Carole** @Carole49009101 · 4/18/24
I didn't realize it was that bad for her

💬    ⇄    ♡    📊 89    🔖    ⬆️

Post your reply

## More replies



**WTFBoom55598** @WtfBoom55598 · 1h

So what if she is declared a Vexatious litigant?

○ 1          ⇄          ♡          ‖‖ 13          🔖  ⬆

**English Breakfast** @TeaSpilling2023 · 9h

Far reach, but good for you boys for trying. #flyingmonkeys

○          ⇄          ♡          ‖‖ 19          🔖  ⬆



facebook.com/chenango.sheriff/posts/pfbid0M2AgEd6SCDdbfXfgFcBuFgyNStkGxBGboLPgDbaB6A6YkuLYxSMrKxznoZPGNSFoI?c...

Q Search Facebook

**Top fan**
**Jacob Lorenzo**
Roger Robinson seriously? Defending her ex-husband whose victim is a five-year-old girl?

4 w    Like    Reply

**Top fan**
**Jacob Lorenzo**
            what has your ex-husband got to Sue if he's really is a convicted sex offender?

4 w    Like    Reply

**Top fan**
**Jacob Lorenzo**







facebook.com/chenango.sheriff

Chenango Sheriff's post                                    ×

**Roger Robinson**
Jacob Lorenzo no argument? You are irrelevant just like their father. His day of judgment is coming as soon as the process servers catch up to him again.

2 w   Like   Reply

Top fan
**Jacob Lorenzo**
Roger Robinson for months you keep claiming about he's going to face judgment yet that hasn't happened. You know where he lives because of what ███ did and yet you think he's dodging process servers.

2 w   Like   Reply   Edited

Top fan
**Jacob Lorenzo**
Roger Robinson considering ███ ried to kill him. I wouldn't blame him hiding. That lunatic tried to kill him and she knows where he lives.

2 w   Like   Reply

Top fan
**Jacob Lorenzo**
Roger Robinson You think trying to kill him is gonna help you, ███ and dana. All that will do is help Jon in the long run.

2 w   Like   Reply

Reply to Roger Robinson...



facebook.com/chenango.sheriff

Chenango Sheriff's post                                    ×

22 w   ███  Reply

Top fan
**Jacob Lorenzo**
Roger Robinson that irrelevant. ███ was shooting people.

5 w   Like   Reply

Top fan
**Jacob Lorenzo**
Roger Robinson doesn't excuse her shooting like a madman.

5 w   Like   Reply

**Johnny Mack**
Roger Robinson never !

5 w   Like   Reply

Reply to Roger Robinson...

Top fan
**Jacob Lorenzo**
Johnny Mack ignore Roger. He is aligned with ███. There is a website that exposes ███

4 w   Like   Reply

Reply to Johnny Mack...

19







## **EXHIBIT 13**

Defendant Text Plaintiff a Photo of Himself with Norwich Police Department Chief of Police, Rubin Roach, Which Plaintiff Believes He Did to Let Her Know Defendant is Connected and Protected. It Definitely Created Fear For Plaintiff Who Has Been Concerned How Deep the Corruption Goes in Chenango County Law Enforcement and the Judicial System Given Defendant's Friendships, Including With Justice Lilley, Who Plaintiff Has Proved Had a Friendship with Defendant and She Has Filed a Complaint Against Him With the Commission For Judicial Conduct as He Should Have Recused Himself From the Criminal Case Defendant Filed Against Plaintiff, But He Didn't, Instead He Used His Position in Power to Help His Friend (Defendant) Against Plaintiff. During an Active Investigation Against Defendant with a DVRO Against Him, Chief of Police Rubin Roach Went to Dinner at Defendant's Home Along With His Wife, Socializing With Defendant, Which Seems Highly Improper.



**EXHIBIT 14**

IMDB Pro For Entertainment Industry Professionals: Agents, Managers, Actors, Producers, Directors. Defendant Kept Changing Plaintiff Biography to the Same Information on His Website About Plaintiff and Kept Removing Crew Off Her Film Projects, Including Quest For Youth. IMDB Pro Finally Put Restrictions in Place to Stop Defendant From Making Anymore Changes After Plaintiff Filed More Than 20 Requests to Stop Him From Disrupting Her Work Profile X a Producer, Writer and Director.



**EXHIBIT 15**

An Example of a Snapchat Story of the "Attempted Murder" Video of Plaintiff
Circulating Her Children's School After it Was Screen Recorded and Distributed By a 13 Year
Old Girl Who is an Ex-Friend of Plaintiff's Daughter.



The 13 Year Old Girl Apologizing to Plaintiff Via Text For Posting the Video Which She Was Sent "Anonymously" Screen Recorded and Spread Around Both the Middle and High School Humiliating Plaintiff's Children, Hurting Them to Harm Plaintiff.



**EXHIBIT 16**

Defendant Found Plaintiff's Address, Doxed it on the Website, Contacted the Owner of the Property, Michael Weisberg With the Website Link, Putting Plaintiff and Children in Harms Way, Forcing Them to Flee the Property, With Him Stealing Some of Their Personal Property, Filing Numerous Police Complaints, Not Only Against Plaintiff, But Her Minor Son Who Had Just Turned 15 Years Old at the Time, Complaints to Dog Warden to Get Her Dog Taken Away, Turned Off the Gas at the Property Via Street-side Shutoff Valve During Winter Storm, Taking NYSEG 7 Days to Come Out and Turn it On. All Manufactured By Defendant, Who Creates an Hysteria Against Plaintiff.



Example of One of the Many Criminal Complaints By Michael Weisberg After He was Befriended by Defendant. Conveniently Complaints Are Then Requested Under FOIA and Now on the Internet For When Anyone Searches Plaintiff's Name.



**From:** noreply@broomecountyny.gov <noreply@broomecountyny.gov>
**Sent:** Friday, May 24, 2024 12:05 AM
**To:** FOIL <Foil.Broome@broomecountyny.gov>
**Subject:** Wayne Whitney

Submitted on Fri, 05/24/2024 - 00:04

Submitted by: Anonymous

Submitted values are:

**Your Name**
Wayne Whitney

**Your Email**
164156-37309138@requests.muckrock.com

**Your Daytime Phone Number**
617-299-1832

**Your Full Mailing Address**
MuckRock News
DEPT MR 164156
263 Huntington Ave
Boston, MA 02115

**County Department you are Requesting Records From**
Sheriff & Corrections

**Requested Information**
To Whom It May Concern:

Pursuant to the New York Freedom of Information Law, I hereby request the following records:

Filed by Michael Weisberg, Criminal complaint number 24-12436 filed against ▨▨▨▨, DOB ▨▨▨▨

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 5 business days, as the statute requires.

Sincerely,

Wayne Whitney

| | |
|---|---|
| **From:** | FOIL |
| **Sent:** | Monday, June 3, 2024 9:35 AM |
| **To:** | Harper, Virginia  P. |
| **Cc:** | Davis, Sammy L. |
| **Subject:** | RE: Wayne Whitney |

FREEDOM OF INFORMATION MEMORANDUM

| | |
|---|---|
| To: | Virginia Harper |
| CC | Undersheriff Davis |
| From: | Matthew McDonald |
| Date: | June 3, 2024 |
| Subject: | Attached request for information |

Please provide the information requested on the below Freedom of Information request from Wayne Whitney to the Records Access Office.

A response to this request is due on ~~May 10, 2024~~ June 10, 2024. Public Officers Law §89(3) states that within five (5) business days one of three options must be completed:
*Provision of Record(s).
*Denial with reason for exemption from access under FOI Law.
*Provision of an approximate date when the record(s) requested will be provided, available for review or denied.

If you have any concerns or reservations about this request, or if it will take longer than 5 business days to come back to this office, please notify this office in writing or by replying to this email.

Please mark the appropriate area on the form, and elaborate on denials when necessary.

Thank you.

c. file

**FOR AGENCY USE ONLY**

____Approved          ③  Number of Copies Responsive to the Request

____Denied for Reason(s) checked below:

____Confidential Disclosure
____Part of Investigatory Files
____Unwarranted Invasion of Personal Privacy
____Record is not maintained by this Agency
____Record of which this Agency is Legal Custodian Cannot be found
____Exempted by Statute Other than the FOI Law
____Insufficient information provided/more information necessary to complete
____Other (Specify):_____

| | | |
|---|---|---|
| Signature | Undersheriff | 6-7-24 |
| | Title | Date |

1

**EXHIBIT 17**

Defendant Talks About Mr. Roland Bougas on His Website About Plaintiff
and Includes a Video of Him at His Property. He Further Slips Up Showing
He's the Author Writing "I Said 'Oh, My God.'"

On a quiet day, a doorbell rang of the residence that had recently been the
scene of a chilling event: an attempted shooting involving ▨▨. The
visitor was "R", an elderly man with a heavy heart and a story to share. He
had come seeking answers and perhaps some closure after his own distressing
encounter with the same woman. R had learned from his realtor about the
harrowing incident where ▨▨ had tried to shoot the homeowner. "My
realtor sent me information on how she tried to shoot you," R shared, his
voice tinged with disbelief and concern. "I said, 'Oh, my God.'"

"I got scammed by ▨▨," R began, his voice laden with the weight of
betrayal. Behind this simple statement lay a tale of deception, dashed hopes,
and financial ruin. R had a straightforward dream: to sell his house in New
York and start afresh in Florida. But that dream quickly turned into a financial
quagmire when he crossed paths with ▨▨.

R's story paints a vivid picture of the devastating impact of financial
deception. Beneath the legalities and email exchanges lies a tale of an elderly
couple, once hopeful for their golden years, now grappling with financial
instability and the emotional toll of betrayal. The house in New York, which
should have been a symbol of their life's work and cherished memories, now
stood as a haunting reminder of their encounter with ▨▨.



Letter to District Attorney Ferrarese, Which Defendant Filed in His Ex-Girlfriend's Case in His Own Words, Showing Defendant Knows Mr. Roland Bougas and as Per His Pattern, He Seems to Have Manipulated Him into Filing Police Complaints Against Plaintiff.

Detective Sergant Gary Labarbera

**Subject:** Detective Sergant Gary Labarbera
**From:** Greg Ellis <alivecoaching@icloud.com>
**Date:** 9/21/2023, 5:25 PM
**To:** Christine Rudy <crudy@co.chenango.ny.us>
**CC:** Detective Sergant Gary Labarbera <glabarbe@bataviaiI.gov>, Detective Sergeant Chad O'Hara <cohara@co.chenango.ny.us>
**BCC:** Batavia Police Main Line Saxma Then Carpino <dcarpino@bataviail.gov>, "State Trooper Michael Karderinis @ Endwell" <Michael.karderinis@troopers.ny.gov>, Anthony Paniccia <apaniccia@delta-eas.com>, Judge Rick Millar <rhm2law@gmail.com>, Brian Rogers <brian.rogers@troopers.ny.gov>

Dear Ms. Rudy,

The primary purpose of this email is to connect you and the Chenango Sherriff's lead investigator Chad O'Hara to the Detective Sergant from the jurisdiction I have been staying since the attempt on my life on August 8 - Detective Sergant Gary Labarbera.

He and I have discussed my connecting him with you regarding the ongoing case, the violations of the OOP, the preservation request to the social media platform X (that was granted over a week ago) and an offer from Detective Sergant Gary Labarbera to send you all the police reports as well as body cam footage as required:

Prosecuting attorney - ADA Christine Rudy: (607) 337-1745
Lead detective on the 8/8/23 attempted murder - Detective Sergant Chad O'Hara: (607) 337-1921
Lead detective in the jurisdiction I have been staying out of state - Detective Sergant Gary Labarbera: (630) 454-2500

As instructed by you and the NY State Troopers some weeks ago, I filed a report with the police Dept. at the jurisdiction I was in when the violations of the OOP occurred. Officer Saxma took the 1st report. When more violations occurred Officer Carpino recorded the 2nd report. When I talked with you again two weeks ago, you urged me to again go to the local law enforcement office of the jurisdiction where I was staying to file another report as you told me that they had jurisdiction. Officer/Detective Renninger took that (3rd) report.

I then sat with veteran Detective Sergant Gary LaBarbera who took a 4th report and spoke with the State's Attorney. It is their legal opinion that violations of the OOP must be dealt with by your jurisdiction, hence why I am emailing you, as the ADA on the case, and cc'ing Gary, as well as the lead investigator on the attempted murder case, Detective Sergant Chad O'Hara.

Detective Sergant Gary Labarbera and his officers were diligent in applying for, and receiving, a preservation order from the social media platform 'X', in case ▆▆▆▆ deletes her defamatory, intimidating and harassing public messages.

I am also aware you are also in receipt of complaints made to Chenango County Sherriff's and NY State Troopers by a Mr. Roland Bourgas, an 80 yr old local man with leukemia, on food stamps who is now homeless and sleeping on a blow-up mattress after ▆▆▆▆ allegedly scammed him out of his life savings.

1 of 2                                                                      4/23/2024, 11:15 PM

30

**EXHIBIT 18**

A Handful of Suicide Threats Sent From Defendant to Plaintiff between **December 2022-July 2023.** She Has Hundreds of Similar Messages From iMessage, Signal and Beacon. Defendant is Extremely Paranoid, if Plaintiff Didn't Appease Him, He'd Become Violent and Even More Scary.




Defendant Trying to Get Plaintiff to Pay the Covid Relief Money Back to California State For Him in **February and March 2023**, Which Plaintiff Refused to do. He Lied About Paying Back Money to Investors With Sums Close to $1M That Plaintiff is Aware of, More Than $2M Including Public Charity Donations. Multiple Investors, Lawyers and Accountants Contacted Plaintiff After Defendant Gave Them Her Contact Information to Resolve For Him as Per His Typical Pattern. He Never Paid Anyone Money Back With Most Investors Still in Touch with Plaintiff. A Few Are Angry and Hold Plaintiff Responsible as a Producer on His Production.







**The Opener · 17:20**
There are a few things you need to know

**The Opener · 17:20**
i want to tell you in person before I'm gone.

Type a message...



11:58

← OpenerCloser ☰

...gger. What makes you think you are?

**The Opener · 11:58**
Trust me. The house is bugged. I can't say how I know. I just know.

· 11:58
I will beacon you when I finish my meeting with an ETA, but aiming for 1.30pm.

Type a message...

Q W E R T Y U I O P
A S D F G H J K L
Z X C V B N M
123 space return



18:34

← OpenerCloser ☰

**The Opener · 18:29**
My time on this earth is very limited now

**The Opener · 18:29**
I tried the best I could.

**The Opener · 18:30**
I've let so many people down.

**The Opener · 18:30**
There's no escape for me now.

**The Opener · 18:30**
There's no escape for me now.

**The Opener · 18:34**
Tell Tom he's still my Totem.

Type a message...

Allow me/us time to prep.
Me? I just need time to say my goodbyes to loved ones.
I'd rather die than go to prison. And that is what I've been contemplating these past lonesome days.
I'm existing...not living.
I'm writing my obituary. While I'm alive.

I know the terrible toll this has caused to you as well.

Yesterday we had a plan.
Some clarity.
And that is now extinct as well.

I'm sorry.
For creating this mess.
For affecting your life.
For causing you pain.

I have tried my best to do good, and those good parts are now outweighed by the bad.

I am ended.
Please be as kind to  as I have tried to be with your children.
They will have to live with my sullied legacy for the rest of their lives... as well as what happened to me and then 8 years ago (almost to the day) and I am mortified, grief and shame stricken and at the end of my rope—literally.

🙏🙏

**The Opener** · 10:33
oMG—I wasn't acting. I was in hospital last week. Comatose. Petrified to the point of mental insanity. My doctor was so concerned they nearly called in a welfare check—which terrified me even more—and thankfully they didn't.

Defendant Didn't Want to Use His Own Name On Beacon, Set Up Under "The Opener" With Email: **casatq@me.com** It's Better to Appease Than Deal With the Wrath of Defendant. This is the Same Email Address He Used in **Exhibit 3.** Defendant Set Messages to Disappear From a Few Seconds Up to an Hour Given How Paranoid He is. Plaintiff Couldn't Always Screenshot Before The Messages Disappeared, Deleted By Defendant and Why Some Look Cut.  All in Camera Backed Up on iCloud. Sent Between **December 2022-July 2023.**



**EXHIBIT 19**

One of the Production Investors Patrick Brennan, Esq. Reached Out to Plaintiff After He Was Lied to By Defendant About His Money. After Investment Was Raised, Defendant Removed Plaintiff From the Documentary Series Bank Account. He Told Investors Plaintiff Was on the Account, Not Him, Which Wasn't True. **26th July, 2023.**



**EXHIBIT 20**

Producer Eric Foster, Who Worked With Plaintiff and Defendant Reached Out to Plaintiff After Receiving This Message From Defendant on **March 13th, 2023**. He Ignored Defendant For 5 Months After Eric Explained to Plaintiff That Him and His Assistant Max Lodien Were Held Hostage at Defendants Home in Chenango County By Defendant With Him Drunk, Dangerous and Erratic With a Loaded Shot Gun. Eric Confided in Plaintiff as Senior Producer, That Him and Max Afraid For Their Lives Had to Fight Defendant Over the Loaded Shot Gun and Take it Off Him . Plaintiff Knew Defendant Would Retaliate the Moment He Confirmed She Filed Police Reports Against Him and Started Sending Out Retaliatory Texts the Same Day. Plaintiff Had No Idea at This Time the Extent Defendant Would go to.





To: Eric Foster

Just trying to get as much info as possible got my legal

For *

Which I am going to do. I blocked him across all social media weeks ago – he got me to feel sorry for him and go back and see him with the "suicide" stuff

For my own sanity I can't have anything more to do with him.

I think we all know independently that he's off the rails and it's not healthy to keep feeding his crazy!

Yeah. I don't be responding to anything apart from a legal request

Won't

Same here. I felt bad to walk away like everyone else – but you made a good point on the meeting about me substituting for his mom issues.

I can't deal with his problems any longer – he's on his own and he will have to be accountable for all his poor actions - taking money from investors, the revenge porn... I can't defend someone like him any longer.

Plus, given he sent me "we are in danger" messages, including bringing up my kiddos "do my best to keep them safe" in the same message, I have to completely distance myself and cut him off. He's a danger to himself and others.

Andy Bishop blocked him. ████████████████

I know I have on social media, but not on iPhone or iMessage?

Tue, Mar 14 at 20:49

Hey, hope you are doing good. Greg is bombarding Tom with 'he's in trouble' meaning Tom type messages – he's desperately trying to get people back in his life. I'm the target at the moment – next month it will be someone else again, that's pretty much how it goes.

iMessage

**EXHIBIT 21**

Messages Sent From Defendant to Plaintiff, Which She Felt Were a Direct Threat and Warning on Her and Her Children's Lives. He Uses a Word Salad Knowing it's a Threat, But Not Enough to be Charged For Crimes in NY State. Defendant calls Kevin Berman "KB".

**December 2022-July 2023**







**Left phone:**

15:20

E G @
⏱ 5m

Sun, Feb 12
Mon, Feb 13

📞 Incoming voice call · 11:34
📞 Missed voice call · 12:05
📞 Outgoing voice call · 12:34
📞 Missed voice call · 18:59
📞 Outgoing voice call · 19:00
📞 Missed voice call · 19:56
📞 Outgoing voice call · 22:46

Call Again

Wed, Feb 15

📞 Incoming voice call · 18:58

Call Back

Yesterday

📞 Unanswered voice call · 12:46
📞 Outgoing voice call · 15:07
📞 Outgoing voice call · 18:15

Call Again

Today

Be very careful. Will explain when I see you. 49m ⏱

Message

Stay home. Stay safe. 13m ⏱

I'll be in touch soon. 7m ⏱

**Right phone:**

12:07

E G @
⏱ 1d

Today

We are in danger.  Please be safe. 11:00 ⏱

Why are we in danger Jonny? 11:05 ⏱

What's going on? Please let me know. I'm worried about you! x 28m ⏱

Take care of your kids. Please. 25m ⏱

Jonny, what has happened? What do you know? I'm very worried about you! 19m ⏱

⏱ E G set disappearing message time to 1 hour.

He won't speak with you. Guaranteed. The offer expired when I didn't accept the papers. 25m ⏱

My life is over as i knew it. I've never been so sure of anything in my entire life. 24m ⏱

I will be bankrupt within weeks and likely dead within a month. 24m ⏱

Message

40

**EXHIBIT 22**

Defendant Befriended Plaintiff's Ex-Landlord Mr. Thomas D'Angelo Under the Pretense We Were Still Producing a Show Together After Plaintiff Had Cut Defendant Off. He Would Reach Out to Him Asking About "the House Rental" Obviously Enquiring About Plaintiff Who Was Renting His Property at the Time. Plaintiff Forewarned Her Ex-Landlord Without Details Not to Share Information About Plaintiff or Her Children With Defendant. Defendant Then Sent Him the Video He Staged With Mr. Roland Bourgas. Defendant Then Became Friends With Ex-Landlord's Sister Shirley D'Angelo Who Believed Defendant's Story and Helped Him Locate Plaintiff Via Her Brother. Defendant Also Introduced Shirley D'Angelo to Michael Weisberg.




**EXHIBIT 23**

Letter From Tru by Hilton Hotel General Manager Where Plaintiff Stayed for Approximately 5 Weeks at Significant Expense in Order to Hide From Defendant, Who Continued to Track Plaintiff Even After She Received a 3 Year Full Stay Away OOP For Plaintiff and Her Children.

To Whom it may Concern,

On April 29th 2024 at approximately 4:45-5:00pm a man called the Tru by Hilton Vestal Asking for ▇▇▇▇▇ and if she was staying at the hotel. They stated that they were a Main Endwell school official.  The front desk agent Mcdaniel Smith said that we cannot confirm or deny if guests are staying at our hotel per confidentiality policies. The caller was persistent saying they knew ▇▇▇▇▇ was at the hotel.  Mr. Smith apologized but again stated he was unable to assist them. He said that if they wanted, they could leave a message with a callback number and if they knew the guest they were looking for they could let them know they left a message for them. The caller did not want to leave a name or phone number and hung up.

If you have any questions or require any other information please reach out.

Thank you,

Emily Landon
General Manager
Tru by Hilton Vestal
(607) 768 1462
emilylandon@visionshotels.com

**EXHIBIT 24**

Plaintiff Contacted the School District Attorney Mark Spinner, Esq. Who Confirmed to Plaintiff that No-One From the School District Called the Hotel.

 **Mark D. Spinner**
RE:

To: 

May 2, 2024 at 13:42

Thank you for the information ▬▬▬▬,

Despite the timing you described, I just spoke with the District and was assured that they are in possession of your order of protection and that no one from the District has disclosed your address to anyone outside the District. They will continue to make sure that your address/location remains confidential.

Unfortunately I don't have enough information, and cannot explain the two calls you described to me, one from someone apparently posing as an attorney and the other, an MECSD employee.  Is it perhaps the same person?

Please reach out if you find out more or there is anything else I can do.

Mark D. Spinner  | Special Counsel
COUGHLIN & GERHART, LLP
99 Corporate Drive | Binghamton, NY 13904
P.O. Box 2039 | Binghamton, NY 13902–2039
Tel: 607.723.9511
Fax: 607.723.1530 | Toll Free: 1.877.COUGHLIN
mspinner@cglawoffices.com | www.cglawoffices.com

See More from April Chandler

--
This email was Virus checked by Sophos Security Gateway.
http://www.sophos.com

--
This message (including attachments) is privileged and confidential.  If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

Mark Spinner, Esq. Reassured Plaintiff That the School District
Did Not Give Out Hotel Address as Stated in His Email.

On May 2, 2024, at 16:16, Mark D. Spinner <MSpinner@cgiawolfices.com> wrote:

Sorry ██████████, me again,

I just spoke with transportation and they indicated that you were reluctant to complete the attached residency forms.

I absolutely understand, but please know that these forms serve two important purposes:

1. MECSD is required by law ████████████████████████████████ (in your case, temporary housing), and has reporting requirements to the State Education Department of the number of students in temporary housing within the District.
2. The purpose of gathering this information is to ensure your children are provided with the rights and services under the ████████████████ including continued enrollment in the District and transportation.

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

As far as privacy, once the school has received these forms ████████████████████████ please know that under **no** circumstances will this information be shared with anyone other than MECSD employees who need this information to meet your children's' educational and transportation needs, and to fulfill reporting requirements with the State Education Department. ████████████████████

I can also tell you that I have now spoken with several District employees today and advised them of the calls you described to me. All of them are absolutely aware of the OOP and each has assured me that no one has, or is aware of anyone who has improperly disclosed your whereabouts. The District has been, and remains fully committed to safeguarding this information and is required to do so under federal and state law.

Sorry for the long email, but I would greatly appreciate it if you would complete and return the two enclosed forms to myself or the District as soon as possible.

As always, if you have questions or wish to discuss further, I'm happy to talk with you any time.

Mark

**Mark D. Spinner** | Special Counsel

MECSD Insisted on Current Address, Even For Hotels. Plaintiff Appealed The Removal of Her Children, Which Was a Lot to Deal With on Top of Everything Else Defendant Was Doing With CPS, to Harm Plaintiff and Her Children. It's No Wonder Plaintiff's Health and Wellbeing Has Deteriorated Significantly Over the Last 17 Months.



MAINE-ENDWELL
CENTRAL SCHOOL DISTRICT
Administrative Offices

January 29, 2024

███████████
███████ NY ███

Dear ██

This letter is in response to your recent request for a stay of order to the Commissioner of Education. We will immediately re-enroll ███ ███ and ███ for in-person education in the Maine-Endwell school district while the Commissioner considers your appeal and our response.

We will re-establish a class schedule for ███ in 8th grade at the Maine-Endwell Middle School and will do the same for ██ in 9th and ██ in 10th at the high school. As a middle school student, ███ is entitled to transportation to and from school. Although ██ and █ live within the "walking distance" for Maine-Endwell high school students, as a courtesy, we will allow them to ride the same bus. The bus route is Rt. 4 and will stop in front of your residence at 7:10 am and will drop them off at 2:50 pm.

Since schools "take custody" of minors while they are at school and are responsible for their safety while in our care, it is imperative that we have on file your most current address. If you vacate your current ███ residence we must have your new address on file in case of an illness, injury or other emergency or concern involving your minor children during school hours.

███████████████████████

If you have any questions, please contact my office at (607) 754-1400 x 2311.

Sincerely,

Jason R. Van Fossen
Superintendent of Schools

cc:    Mark Wilson, HS Principal
       Rick Otis, MS Principal

712 Farm to Market Road, Endwell, NY  13760-1199    phone 607-754-1400    fax 607-754-1650    www.me-stier.org

45

**EXHIBIT 25**

Affidavit From School Counselor Mary Kathryn Simek Related to Denial of Admission of Plaintiff's Children From School After Receiving an "Anonymous" Phone Call on **October 2nd, 2023.**



STATE OF NEW YORK
STATE EDUCATION DEPARTMENT

In the Matter of ███████████████
on behalf of ████████████, ███████,          **AFFIDAVIT**
█████ from action of the Board of Education
of the Maine-Endwell School District regarding
the denial of admission ████████████████

I, Mary Kathryn Simek, also known as Katie, being duly sworn, depose and state that:

1. I am employed by the Maine-Endwell Central School District ("MECSD"), and have held the position of School Counselor at all periods relevant herein.

2. I am the school counselor for ████████ and ████████.

3. On October 2, 2023, I received an anonymous phone call from a man expressing deep concern for the safety of the ████████ children. The caller mentioned that the mother, ████████ ("████████"), is considered dangerous, law enforcement is involved, and there should be significant concern for the well-being of the children.

4. On the same day, October 2, 2023, I met with ████████ at school wherein I was informed by him that he feels safe at home, and that his family no longer resides at ████████ ████ He stated that they currently live ████████████████ New York.

5. I next contacted ████████ that same day, October 2, 2023, ████████████████ an Airbnb ████████████████████████ declined to disclose her current address without a stated reason ████████████████ ████████████

6. That same day, October 2, 2023, I was present when MECSD Principal Mark Wilson ("Wilson"), contacted the landlord of the Pitkin Hill property, Thomas D'Angelo ("D'Angelo") in an attempt to determine ██████ s current residence. D'Angelo advised that the ████ were no longer residing at ██████████████ Pitkin Hill Road, Johnson City, NY. [*see Aff. of Mark Wilson*].

7. Subsequently, on October 4, 2023, as a result of a report to CPS, I was present when a CPS caseworker conducted interviews at MECSD with both ███ and ████████ ████ acknowledged that the ████ s current residence is ████████████

8. Thereafter my involvement with this matter was primarily limited to periodic check-ins with ███ ████ to assess his well-being.


I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: January 24, 2024


Sworn to before me this 24ᵗʰ day of
January 2024.

*Mary Kathryn Simek*
Mary Kathryn ("Katie") Simek
School Counselor, Maine Endwell Central
School District

Notary Public

CATHERINE R. NOLAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NO5558752
Qualified in Broome County
Commission Expires    March 21, 2026

**EXHIBIT 26**

Transcript From a Conference Defendant Attended With Magistrate Judge Lovric- Pages 18, 19 and 20 Showing Magistrate Judge Lovric Warned "Anything You Say Here is on the Record and it is Usable at Any Further and Future Proceedings…" Defendant Disregarded Court Advice "[Jane Doe] Who Was Set for Deposition This Week is Indicted on Three First Degree Felonies After Trying to Murder Me With a Rifle at My Home in Chenango."

18

```
 1   and Mr. Vacco, I ordinarily do not allow individual litigants
 2   to make arguments because you have counsel until I relieve
 3   them.
 4          Secondly, Mr. Rees, even if I were to allow it,
 5   anything you say here is on the record and it is usable at
 6   any further and future proceedings, so you really want to
 7   think long and hard before you say anything, and Ms. Means
 8   may actually prefer that you don't say anything because it's
 9   on the record and it's something that you will be bound by.
10          So my suggestion would be, Mr. Rees, let Ms. Means
11   do all the talking until and unless she is no longer your
12   attorney, and unless and until you go pro se, then you
13   obviously will need to do all the talking.  So does that make
14   sense, Mr. Rees?
15          DEFENDANT REES:  It does, your Honor.  And
16   ordinarily I wouldn't request time to address the court, but
17   there are extremely extenuating circumstances with regards to
18   my situation, shall we say.
19          THE COURT:  Well, here's what I would suggest,
20   Mr. Rees.  Ms. Means will be filing a motion on June 10th,
21   and you and she can discuss if there's something that you
22   individually would like to say to the court, you're welcome
23   to in that motion and Ms. Means can assist you, you can file
24   an affidavit if there's information that you want to convey
25   in connection with that motion or otherwise and so forth, or
```

JODI L. HIBBARD, RMR, CRR, CSR
(315) 234-8547

19

1    Ms. Means can convey anything that you are articulating, but

2    I really would prefer not to have you or Ms. Doe at this

3    point interacting on the record because both of you have

4    counsel at this point, okay?

5            DEFENDANT REES:  I understand, your Honor.  So I,

6    as I understand it, I'm being instructed or advised not to

7    speak today, your Honor?

8            THE COURT:  Well, it's not not to speak, it's --

9    the rule is, this is a rule in federal court, a litigant that

10   is represented by counsel cannot do a hybrid type of process,

11   so the federal courts, federal judges typically will not

12   allow a litigant who's represented to make arguments and then

13   on other things have their lawyers make arguments or to

14   present things and then in other aspects have the lawyer

15   present things.  We don't allow that, we call that hybrid

16   representation.  So you have to allow your lawyer to do all

17   of your representation and the exception becomes obviously if

18   you proceed pro se.  So what I'm going to do is, like I said,

19   Ms. Means will be filing something in a week and between now

20   and then, you and she can speak and then if there's something

21   there that needs to be articulated, she can articulate that

22   for the court.  Okay?

23           DEFENDANT REES:  Thank you, your Honor, and just

24   very briefly, I will say for the record that plaintiff's

25   aforementioned by her opposing counsel's friend and witness

JODI L. HIBBARD, RMR, CRR, CSR
(315) 234-8547

20

1    ▨▨▨▨▨ who was set for deposition this week is

2    indicted on three first degree felonies after trying to

3    murder me with a rifle at my home in Chenango --

4             MS. MEANS:  Mr. Rees, I would prefer that we add

5    this to your declaration.

6             DEFENDANT REES:  I understand, okay, thank you.

7             THE COURT:  Okay.  At the expense of being

8    repetitive, I do want to repeat the schedule.  So Ms. Means,

9    your motion is to be filed ex parte by June 10th.  Ms. Means,

10   I'll also indicate that if there is things that you can say

11   to help Ms. Mahoney understand your motion that are not

12   privileged or otherwise bound by attorney-client

13   communication, please feel free to file that on the record.

14   The ex parte filing is only as to privileged materials and

15   attorney-client communications, so if there are things that

16   do not need to be ex parte, please just file it separately so

17   that it is on the docket and that may benefit Ms. Mahoney's

18   understanding also perhaps a little bit of the picture.  But

19   that will be due June 10th.  Ms. Mahoney, any response,

20   June 17th.  Status reports, June 26th, including not just the

21   status of the litigation but also the four dates and four

22   times that counsel have selected for an in-person hearing.

23   I'm staying the deadlines temporarily until I decide the

24   issue of the motion to withdraw.  And then letter motion

25   Number 34, motion to compel by plaintiff, that will be

JODI L. HIBBARD, RMR, CRR, CSR
(315) 234-8547

# EXHIBIT 27

Defendant's Documentary Series Budget Showing Sums, Which Were Promised to Plaintiff For 8 Months Work Still Unpaid, For Her Role as Writer $47,950, $60,000 as One of the Producers and $565,921 total for her upfront fee and deferred payment as the Director.

| Acct# | Description | Amt | Units | X | Rate | Sub T | Total |
|---|---|---|---|---|---|---|---|
| **1100 STORY, RIGHTS, CONTINUITY** | | | | | | | |
| 1101 | WRITERS | | | | | | |
| | SPECIAL PIECES FOR CELEBS | 5 | PIE... | 1 | 750 | 3,750 | |
| | Total | | | | | | $3,750 |
| 1102 | RESEARCH | | | | | | |
| | GATHER EXISTING FOOTAGE | 12 | Weeks | 3 | 950 | 34,200 | |
| | Total | | | | | | $34,200 |
| 1107 | NARRATORS SCRIPT | | | | | | |
| | SCRIPT | 10 | EPS | 1 | 1,000 | 10,000 | |
| | Total | | | | | | $10,000 |
| **Account Total for 1100** | | | | | | | **$47,950** |
| | | | | | | | |
| **1200 PRODUCERS UNIT** | | | | | | | |
| 1201 | EXECUTIVE PRODUCER | | | | | | |
| | TOM HARRISON | 1 | Allow | 1 | 60,000 | 60,000 | |
| | Total | | | | | | $60,000 |
| 1202 | PRODUCERS | | | | | | |
| | ANDY BISHOP | 10 | EPS | 1 | 6,000 | 60,000 | |
| | ████ █████ , | 10 | EPS | 1 | 12,000 | 120,000 | |
| | Total | | | | | | $180,000 |
| 1203 | LINE PRODUCER | | | | | | |
| | EX UK PART TIME | 10 | EPS | 1 | 4,000 | 40,000 | |
| | Total | | | | | | $40,000 |
| **Account Total for 1200** | | | | | | | **$280,000** |
| | | | | | | | |
| **1300 DIRECTOR** | | | | | | | |
| 1301 | DIRECTOR | | | | | | |
| | ████████ DGA RATE PREP MIN | 29 | Weeks | 1 | 15,091 | 437,639 | |
| | DGA RATE | 29 | Days | 1 | 3,773 | 109,417 | |
| | CELEB INTERVIEWS | 5 | Days | 1 | 3,773 | 18,865 | |
| | DEFER 60% | 1 | DEF... | 1 | (339,552) | (339,552) | |
| | Total | | | | | | $226,369 |
| **Account Total for 1300** | | | | | | | **$226,369** |
| | | | | | | | |
| **1400 CAST** | | | | | | | |
| 1401 | CELEBRITY INTERVIEWS | | | | | | |
| | ALLOW 10 CELEBRITIES (1 HOUR iNTERVIEW) | 10 | FREE | 1 | 0 | 0 | |
| | HOST FEE | 10 | EPS | 1 | 7,500 | 75,000 | |
| | Total | | | | | | $75,000 |
| 1402 | OTHER CONTRIBUTORS | | | | | | |

Celebrity Interviews: CA(4). NEVADA(1).                    Director: ▬▬▬▬▬▬

Prepared By: LINE PRODUCER

| Acct# | Category Description | Page | Total |
|---|---|---|---|
| 1100 | STORY, RIGHTS, CONTINUITY | 1 | $47,950 |
| 1200 | PRODUCERS UNIT | 1 | $280,000 |
| 1300 | DIRECTOR | 1 | $226,369 |
| 1400 | CAST | 1 | $130,500 |
| | **Total Above-The-Line** | | **$684,819** |
| 2000 | PRODUCTION STAFF | 3 | $236,950 |
| 2500 | SET OPERATIONS | 3 | $48,300 |
| 2900 | WARDROBE | 3 | $35,000 |
| 3100 | MAKE-UP & HAIRDRESSING | 4 | $46,350 |
| 3200 | LIGHTING | 4 | $68,850 |
| 3300 | CAMERA | 4 | $244,600 |
| 3400 | PRODUCTION SOUND | 5 | $58,600 |
| 3500 | TRANSPORTATION | 5 | $72,300 |
| 3600 | LOCATION | 6 | $317,220 |
| 3800 | VIDEO TAPE: PRODUCTION | 7 | $3,300 |
| | **Total Below-The-Line Production** | | **$1,131,470** |
| 4400 | VISUAL EFFECTS | 8 | $75,000 |
| 4500 | EDITING | 8 | $144,875 |
| 4600 | MUSIC | 8 | $240,000 |
| 4700 | POST PRODUCTION SOUND | 8 | $59,000 |
| 4800 | POST PROD FILM & LAB | 9 | $77,500 |
| 4900 | MAIN & END TITLES | 9 | $15,500 |
| | **Total Below-The-Line Post** | | **$611,875** |
| 6500 | PUBLICITY | 10 | $25,000 |
| 6700 | INSURANCE | 10 | $29,000 |
| 6800 | GENERAL EXPENSE/OVERHEAD/CONTINGENCY | 10 | $150,000 |
| | | | **$204,000** |
| | **Total Above-The-Line** | | **$684,819** |
| | **Total Below-The-Line** | | **$1,947,345** |
| | **Total Above and Below-The-Line** | | **$2,632,164** |
| | **Total Fringes** | | **$163,129** |
| | **Grand Total** | | **$2,795,293** |

The Entertainment Partners Services Group, MM Budgeting

**EXHIBIT 28**

Plaintiff Copyright - Quest For Youth



**EXHIBIT 29**

Text Messages From Jonathan Rees aka Greg Ellis to Michael Maloy, Thomas Harrison, David Guc and Suzanne Harrison in an Attempt to Portray Plaintiff as a Violent Criminal, Sharing His Edited "Attempted Murder" Video on August 8th, 2023 and August 10th, 2023 Which 2 Weeks Later He Added to the Exclusive Website About Plaintiff to Disrupt Her Career and Latest Film Release.





Michael Maloy Worked on a Production with Defendant Years Prior and Were Friends. After Michael Maloy Received This Text From Defendant From One of His Phone Numbers, He Was Introduced to Mark Skipper aka Skip Archimedes By Defendant to Reinforce Plaintiff as an Attempted Murderer, Fraud, Which Resulted in Michael Maloy Removing Himself as Editor From Plaintiff's Film, and Both of Them Contacting Big Media in a Deliberate Attempt to Sabotage Her Business, Ruin Her Reputation After Being Manipulated By Defendant and Then Trying to Steal Her Film and Profit Off Her Creativity, Originality and Fixation.

 

**EXHIBIT 30**

Defendant's Enabler Mark Skipper aka Skip Archimedes Sent False Information to YouTube, Big Media and Other Business Associates, including the Link to the Exclusive Website About Plaintiff By Defendant.



**EXHIBIT 31**

Defendant's Enabler Michael Maloy's Email to Big Media to Ruin Plaintiff's Distribution Deal,

Which He Achieved. He Seemed to Believe He Would Get Away With it After Being

Empowered By Defendant and Receiving Falsehoods That Plaintiff is an Attempted Murderer,

Fraud, Thief and Going to Prison.

---------- Forwarded message ---------
From: **Squarespace** <form-submission@squarespace.info>
Date: Wed, Jan 17, 2024 at 1:00PM
Subject: Form Submission – New Form – Quest For Youth
To: <max@bigmedia.tv>

Sent via form submission from *BIG Media*

**Name:** Michael Maloy

**Email:** maloytv@mac.com

**Subject:** Quest For Youth

**Message:** This is in regards to the film 'Quest For Youth' that you are currently marketing for international sales:

https://www.bigmedia.tv/the-quest-for-youth

I am writing to inform you that ███████ does not hold rights to this film and was not authorized to submit it to you.

I in fact am the author of the film and hold substantial rights. You may contact me for further details.

Regards,

Mike Maloy

Manage Submissions

Does this submission look like spam? Report it here.

**EXHIBIT 32**

Defendant's Enabler Mark Skipper aka Skip Archimedes

Follow-up Email to Big Media to Ensure Plaintiff's Film Got Pulled, Which it Did.

**Name:** Skip Archimedes

**Email:** skipprivate@skiparchimedes.com

**Subject:** Fraud on Quest For Youth

**Message:** Hi there

I actually own all the footage that has been used for the documentary Quest For Youth. ██████████ has committed many legal offences regarding this and I have all contracts that can prove this.

She was hired as an Executive Producer but she ended up trying to black mail all the people that were involved with it

████████████████████████████████████████████

She owns nothing and I have all legal rights which I'm happy to share with you

I was also working on it myself and this was the trailer that my team had created

https://youtu.be/UE-oxT_AzJg

I have also been in close contact with Michael Maloy who created the edit for Quest For Youth and we believe that we can finish this project at a higher level which will have more impact.

If you would like to discuss things further then please let me know by emailing me back or contacting me direct on +447774█████

If you would like to read more information on ████████ then please check this website out because she has conned so many people and I wouldn't wish for this to happen with your company.

https://www.████████.info/

My apologies this isn't a positive message but Michael and myself believe it can end very positively for us all

Many thanks

Skip Archimedes

**EXHIBIT 33**

Big Media Emails to Plaintiff

 **Max Montoya**  January 19, 2024 at 13:36

Re: Form Submission – New Form – Quest For Youth

To:

Hi

Thanks for the additional information. Could you please provide us with the chain of title like you offered? Generally it's not ideal if there is a dispute over who is the rights holder when it comes to our distribution of the title as there are plenty of other titles in our catalog that don't have this issue. Do you know why Mike Maloy thinks he has the rights he is claiming? And is there any chance of you working this out with him?

Best regards,
--

**Max Montoya**
*Head of Marketing*
BIG Media - New York

  



Check out our **2023 catalogue** here

See More from April Chandler

## EXHIBIT 34

Email From Big Media Supporting Plaintiff's Claims That Her Film Was Pulled Due to Correspondence They Received From Defendant's Enablers Michael Maloy and Mark Skipper aka Skip Archimedes. They Say "Pause" But They Have Not Responded to Any of Plaintiff's Emails Since This Email Almost One Year Ago With Relationship Destroyed.



**Max Montoya**                                      January 25, 2024 at 07:44

Fwd: Form Submission - New Form - Fraud on Quest For Youth    Details

To: ███████████   Cc: Danny Wilk

Hi ✉

In light of this and other communications we've received we need to pause any and all distribution and marketing of the program until these issues and claims are resolved and a clear chain of title can be established.

Best regards,
--

**Max Montoya**
*Head of Marketing*

**NYC** - Prague - London - Miami - Munich - Delhi - LA

Check out our **2024 catalogue** here

---------- Forwarded message ---------
From: **Squarespace** <form-submission@squarespace.info>
Date: Thu, Jan 25, 2024 at 4:46AM
Subject: Form Submission - New Form - Fraud on Quest For Youth
To: <max@bigmedia.tv>

**EXHIBITS 35**

Email by Thomas Harrison, Vanguard Management Group, Who Was Defendant's Talent Manager For More Than Seven Years and Plaintiff's Manager For Approximately One Year, Who Covered Up Defendant's Abuse, Then Stood by When Defendant and His Enabler Friends Michael Maloy (Also Represented by Thomas Harrison and Vanguard), Mark Skipper aka Skip Archimedes Tried to Steal Plaintiff's Film Using the Website to Harass and Intentional Damage Plaintiff to Big Media.



# EXHIBIT 36

Quest For Youth Budget - It's More Expensive to Make a

Documentary Film Project Than People Realize.

"FOUNTAIN OF YOUTH PART 1" - THE THEORY - DOCUMENTARY

EXEC PROD. ☒

PHYSICAL BUDGET. JULY 2018
US $ TOPSHEET

| Acct# | Category Description | Page | Total |
|---|---|---|---|
| 1100 | STORY, RIGHTS, CONTINUITY | 1 | $10,526 |
| 1200 | PRODUCERS UNIT | 1 | $147,368 |
| 1300 | DIRECTOR | 1 | $52,632 |
| 1400 | CAST | 1 | $36,842 |
| | **Total Above-The-Line** | | **$247,368** |
| 2000 | PRODUCTION STAFF | 1 | $81,842 |
| 2500 | SET OPERATIONS | 2 | $3,947 |
| 3100 | MAKE-UP & HAIRDRESSING | 2 | $1,579 |
| 3200 | LIGHTING | 2 | $1,316 |
| 3300 | CAMERA | 2 | $37,106 |
| 3400 | PRODUCTION SOUND | 2 | $3,947 |
| 3500 | TRANSPORTATION | 3 | $47,764 |
| 3600 | LOCATION | 3 | $46,250 |
| 3700 | STORAGE | 3 | $1,053 |
| | **Total Below-The-Line Production** | | **$204,804** |
| 4500 | EDITING | 3 | $26,316 |
| 4600 | MUSIC | 4 | $9,868 |
| 4700 | POST PRODUCTION SOUND | 4 | $12,500 |
| | **Total Below-The-Line Post** | | **$48,684** |
| 6500 | PUBLICITY | 4 | $6,579 |
| 6700 | INSURANCE | 4 | $1,974 |
| 6800 | GENERAL EXPENSE | 4 | $15,789 |
| 7400 | FINANCING | 4 | $15,756 |
| | **Total Below-The-Line Other** | | **$40,098** |
| | **Total Above-The-Line** | | **$247,368** |
| | **Total Below-The-Line** | | **$293,586** |
| | **Total Above and Below-The-Line** | | **$540,954** |
| | **Total Fringes** | | **$0** |
| | **Grand Total** | | **$540,954** |

**EXHIBIT 37**

"A Film By [Jane Doe]" Screenshot From First Cut

Plaintiff's Film Quest For Youth - Digital Copy For Distribution.

**https://vimeo.com/janedoe1/qfytrailer?ts=0&share=copy**





**EXHIBIT 38**

Documentary Film Box Office Results on **19th November, 2024** Even the 100th Film Made $2.9M Showing Documentaries Generate Solid Revenue With Non-Fiction Growing in Popularity, and Why It's Not Unreasonable For Plaintiff to Respectfully Request $2.5M at a Minimum For Distress For Defendant's Part in Destroying Plaintiff's Business and Relationships. A Film About Living Longer Would Have Generated $2.5M-$5M Over 3 Years, Especially With America Focusing on Health, Reducing Stress, Longevity and the Film Cast Who Are World Renowned.



| 21 | A Beautiful Planet | $15,650,615 | 155 | $223,983 | 137 | Apr 29, 2016 | IMAX ☑ |
| 22 | African Cats | $15,428,747 | 1,224 | $6,003,200 | 1,220 | Apr 22, 2011 | Walt Disney Studios Motion Pictures ☑ |
| 23 | Madonna: Truth or Dare | $15,012,935 | 652 | $543,250 | 51 | May 10, 1991 | Miramax ☑ |
| 24 | To the Arctic 3D | $14,560,838 | 52 | $270,228 | 50 | Apr 20, 2012 | Warner Bros. ☑ |
| 25 | America: Imagine the World Without Her | $14,444,502 | 1,105 | $38,608 | 3 | Jun 27, 2014 | Lionsgate ☑ |
| 26 | Capitalism: A Love Story | $14,363,397 | 995 | $231,964 | 4 | Sep 23, 2009 | Overture Films ☑ |
| 27 | RBG | $14,017,361 | 432 | $578,470 | 34 | May 4, 2018 | Magnolia Pictures ☑ |
| 28 | Born in China | $13,873,211 | 1,508 | $4,790,367 | 1,508 | Apr 21, 2017 | Walt Disney Studios Motion Pictures ☑ |
| 29 | Hillary's America: The Secret History of the Democratic Party | $13,099,931 | 1,217 | $74,814 | 3 | Jul 15, 2016 | - |
| 30 | Religulous | $13,011,160 | 568 | $3,409,643 | 502 | Oct 1, 2008 | Lionsgate ☑ |
| 31 | Three Identical Strangers | $12,320,845 | 433 | $171,503 | 5 | Jun 29, 2018 | Neon ☑ |
| 32 | Super Size Me | $11,536,423 | 230 | $516,641 | 41 | May 7, 2004 | IDP Distribution ☑ |
| 33 | After Death | $11,478,326 | 2,730 | $5,051,950 | 2,645 | Oct 27, 2023 | Angel Studios ☑ |
| 34 | Island of Lemurs: Madagascar | $11,272,213 | 302 | $188,307 | 37 | Apr 4, 2014 | Warner Bros. ☑ |
| 35 | Winged Migration | $10,764,402 | 202 | $33,128 | 1 | Apr 18, 2003 | Sony Pictures Classics ☑ |
| 36 | Terror in the Aisles | $10,004,817 | 1,134 | $4,009,866 | 1,127 | Oct 26, 1984 | Universal Pictures ☑ |
| 37 | Amy | $8,413,144 | 435 | $222,500 | 6 | Jul 3, 2015 | A24 ☑ |
| 38 | Mad Hot Ballroom | $8,117,961 | 202 | $45,348 | 2 | May 13, 2005 | Paramount Classics ☑ |
| 39 | Jerusalem | $8,020,721 | 33 | - | - | Sep 13, 2013 | National Geographic Entertainment ☑ |
| 40 | Hoop Dreams | $7,830,611 | 262 | $18,396 | 3 | Oct 14, 1994 | Fine Line Features ☑ |
| 41 | Expelled: No Intelligence Allowed | $7,720,487 | 1,052 | $2,970,848 | 1,052 | Apr 18, 2008 | Rocky Mountain Pictures ☑ |
| 42 | Tupac: Resurrection | $7,718,961 | 804 | $4,632,847 | 801 | Nov 14, 2003 | Paramount Pictures ☑ |
| 43 | Penguins | $7,699,452 | 1,815 | $2,282,593 | 1,815 | Apr 17, 2019 | Walt Disney Studios Motion Pictures ☑ |
| 44 | Journey to the South Pacific | $7,653,913 | 19 | $8,137 | 1 | Nov 27, 2013 | IMAX ☑ |
| 45 | Pandas | $7,574,012 | 35 | $158,915 | 33 | Apr 6, 2018 | Warner Bros. ☑ |
| 46 | Babies | $7,320,323 | 543 | $2,160,460 | 534 | May 7, 2010 | Focus Features ☑ |
| 47 | I Am Not Your Negro | $7,123,919 | 320 | $686,378 | 43 | Feb 3, 2017 | Magnolia Pictures ☑ |
| 48 | Roger & Me | $6,706,368 | 265 | $80,253 | 4 | Dec 22, 1989 | Warner Bros. ☑ |
| 49 | Waiting for Superman | $6,417,135 | 330 | $139,033 | 4 | Sep 24, 2010 | Paramount Vantage ☑ |
| 50 | The Aristocrats | $6,377,461 | 234 | $243,796 | 4 | Jul 29, 2005 | THINKFilm ☑ |

65

| 51 | Fahrenheit 11/9 | $6,352,306 | 1,719 | $3,008,563 | 1,719 | Sep 21, 2018 | Briarcliff Entertainment ⧉ |
| 52 | Justin Bieber's Believe | $6,206,566 | 1,037 | $2,007,567 | 1,037 | Dec 25, 2013 | Open Road Films (II) ⧉ |
| 53 | Meet the Mormons | $6,047,363 | 333 | $2,509,808 | 317 | Oct 10, 2014 | Purdie Distribution ⧉ |
| 54 | Death of a Nation | $5,885,881 | 1,005 | $2,356,522 | 1,005 | Aug 3, 2018 | - |
| 55 | Spellbound | $5,728,581 | 117 | $17,508 | 1 | Apr 30, 2003 | THINKFilm ⧉ |
| 56 | Flying Monsters 3D with David Attenborough | $5,705,874 | 27 | - | – | Oct 7, 2011 | National Geographic Entertainment ⧉ |
| 57 | Shine a Light | $5,505,267 | 277 | $1,488,081 | 276 | Apr 4, 2008 | Paramount Vantage ⧉ |
| 58 | Three of Hearts | $5,495,507 | 793 | $1,928,076 | 792 | Apr 30, 1993 | New Line Cinema ⧉ |
| 59 | Cave of Forgotten Dreams | $5,304,920 | 123 | $139,101 | 5 | Apr 29, 2011 | IFC Films ⧉ |
| 60 | 20 Feet from Stardom | $4,946,445 | 147 | $54,596 | 3 | Jun 14, 2013 | RADiUS-TWC ⧉ |
| 61 | Bring the Soul: The Movie | $4,809,800 | 873 | $2,296,491 | 873 | Aug 7, 2019 | Trafalgar Releasing ⧉ |
| 62 | Pavarotti | $4,600,249 | 288 | $144,032 | 19 | Jun 7, 2019 | CBS Films ⧉ |
| 63 | Touching the Void | $4,593,598 | 137 | $96,973 | 5 | Jan 23, 2004 | IFC Films ⧉ |
| 64 | Amazing Grace | $4,450,456 | 263 | $57,353 | 3 | Dec 7, 2018 | Neon ⧉ |
| 65 | Food, Inc. | $4,417,674 | 155 | $60,513 | 3 | Jun 12, 2009 | Magnolia Pictures ⧉ |
| 66 | The Biggest Little Farm | $4,366,949 | 285 | $110,492 | 5 | May 10, 2019 | Neon ⧉ |
| 67 | Inside Job | $4,312,735 | 250 | $39,649 | 2 | Oct 8, 2010 | Sony Pictures Classics ⧉ |
| 68 | Linda Ronstadt: The Sound of My Voice | $4,252,657 | 247 | $113,235 | 7 | Sep 6, 2019 | Greenwich Entertainment ⧉ |
| 69 | That's Dancing! | $4,210,938 | 906 | $1,506,802 | 906 | Jan 18, 1985 | Metro-Goldwyn-Mayer (MGM) ⧉ |
| 70 | Burn the Stage: The Movie | $4,201,819 | 645 | $2,420,197 | 629 | Nov 15, 2018 | Trafalgar Releasing ⧉ |
| 71 | The Fog of War | $4,198,566 | 261 | $41,449 | 3 | Dec 19, 2003 | Sony Pictures Classics ⧉ |
| 72 | Good Hair | $4,157,223 | 466 | $1,039,220 | 186 | Oct 9, 2009 | Roadside Attractions ⧉ |

66

| 73 | Enron: The Smartest Guys in the Room | $4,071,700 | 151 | $76,639 | 3 | Apr 22, 2005 | Magnolia Pictures |
| 74 | Buck | $4,038,912 | 152 | $67,548 | 4 | Jun 17, 2011 | IFC Films |
| 75 | Young@Heart | $3,992,189 | 212 | $50,937 | 4 | Apr 9, 2008 | - |
| 76 | Bully | $3,863,446 | 263 | $535,433 | 158 | Apr 13, 2012 | The Weinstein Company |
| 77 | Where to Invade Next | $3,827,261 | 308 | $897,034 | 308 | Feb 12, 2016 | Drafthouse Films |
| 78 | The Real Cancun | $3,825,421 | 2,261 | $2,300,000 | 2,261 | Apr 25, 2003 | New Line Cinema |
| 79 | The September Issue | $3,820,067 | 143 | $220,633 | 6 | Aug 28, 2009 | Roadside Attractions |
| 80 | Paris is Burning | $3,779,620 | 91 | $310,127 | 23 | Aug 9, 1991 | Miramax |
| 81 | Imagine: John Lennon | $3,753,977 | 561 | $1,412,213 | 561 | Oct 7, 1988 | Warner Bros. |
| 82 | Searching for Sugar Man | $3,696,196 | 157 | $27,459 | 3 | Jul 27, 2012 | Sony Pictures Classics |
| 83 | Step Into Liquid | $3,681,803 | 91 | $135,985 | 5 | Aug 8, 2003 | Artisan Entertainment |
| 84 | Pina | $3,524,826 | 84 | $68,012 | 3 | Dec 23, 2011 | IFC Films |
| 85 | Born Into Brothels: Calcutta's Red Light Kids | $3,515,061 | 127 | $14,605 | 1 | Dec 8, 2004 | THINKFilm |
| 86 | BTS World Tour: Love Yourself in Seoul | $3,509,917 | 997 | $2,860,016 | 997 | Jan 26, 2019 | Fathom Events |
| 87 | An Inconvenient Sequel: Truth to Power | $3,496,795 | 556 | $124,823 | 4 | Jul 28, 2017 | Paramount Pictures |
| 88 | Echo in the Canyon | $3,355,324 | 147 | $117,651 | 2 | May 24, 2019 | Greenwich Entertainment |
| 89 | Rize | $3,336,391 | 352 | $1,574,787 | 352 | Jun 24, 2005 | Lionsgate |
| 90 | Exit Through the Gift Shop | $3,291,250 | 46 | $170,756 | 8 | Apr 16, 2010 | - |
| 91 | Catfish | $3,237,343 | 143 | $257,285 | 12 | Sep 17, 2010 | Rogue Pictures |
| 92 | Grizzly Man | $3,178,403 | 105 | $269,131 | 29 | Aug 12, 2005 | Lionsgate |
| 93 | The Eagle Huntress | $3,169,351 | 122 | $52,574 | 4 | Nov 2, 2016 | Sony Pictures Classics |
| 94 | Maiden | $3,168,978 | 180 | $46,931 | 6 | Jun 28, 2019 | Sony Pictures Classics |
| 95 | Wordplay | $3,121,270 | 154 | $32,847 | 2 | Jun 16, 2006 | IFC Films |
| 96 | Capturing the Friedmans | $3,119,113 | 78 | $65,154 | 3 | May 30, 2003 | Magnolia Pictures |
| 97 | The Wild Parrots of Telegraph Hill | $3,058,527 | 67 | $36,731 | 5 | Feb 9, 2005 | Shadow Distribution |
| 98 | Crumb | $3,041,083 | 56 | $19,859 | 1 | Apr 21, 1995 | Sony Pictures Classics |
| 99 | Whitney | $3,026,351 | 451 | $1,265,572 | 451 | Jul 6, 2018 | Roadside Attractions |
| 100 | Made for More | $2,999,134 | 703 | - | - | Aug 2, 2018 | Fathom Events |

67