UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division



| | |
|---|---|
| JANE DOE, JOHN DOE ) | |
| ) | Case No. 3:24-cv-00274 |
| Plaintiff ) | |
| -against- ) | |
| ) | **LETTER REQUESTING SEAL** |
| ) | **EXHIBITS #B 40-45** |
| JONATHAN REES aka GREG ELLIS ) | |
| aka JOHNATHAN REES aka JONNY REES ) | |
| aka JACOB LORENZO ) | |
| Defendant ) | |

Dear Honorable Judge D'Agostino,

I respectfully seek permission to file Exhibits #B 40-45 under seal given the private and confidential nature of the exhibits within, which would be difficult to redact and make it easy for people to discover mine and my children's identities, especially with latest technology.

Respectfully submitted,

Jane Doe

_Jane Doe_

1