UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
May 16 - 2025
John M. Domurad, Clerk

| | |
|---|---|
| JANE DOE, JOHN DOE | Case No. 3:24-cv-00274 (MAD/ML) |
| Plaintiff | |
| -against- | **LETTER REQUESTING SEAL AND DISCOVERY** |
| JONATHAN REES aka GREG ELLIS aka JOHNATHAN REES aka JONNY REES aka JACOB LORENZO | |
| Defendant | |

Dear Honorable Judge Lovric,

I respectfully seek authorization for discovery and permission to file request for subpoenas and subpoenas under seal given my name is in the URL of the websites ending in lies.info, files.com, lies.com, which is required on the subpoenas to send to the relevant website hosting companies and domain registrars.

Respectfully submitted,

Jane Doe

*Jane Doe*

1