**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

RONALD A. GILLER
rgiller@grsm.com

Admitted In: NJ, NY, & PA

290 W. Mount Pleasant Ave, Suite 3310
Livingston, NJ 07039
www.grsm.com

August 12, 2025

<u>VIA ECF</u>

Hon. Miroslav Lovric, U.S.M.J.
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

      Re:    *Jane Doe v. Jonathan Rees*
              **Case No. 3:24-cv-00274-MAD-ML**

Dear Judge Lovric:

      We have recently been retained to represent Defendant Jonathan Rees ("Rees") in the above matter. Plaintiff Jane Doe filed a motion for default judgment. (ECF No. 71). We write to advise the Court that Rees intends to file opposition and a cross-motion to vacate default.

      We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                                GORDON REES SCULLY MANSUKHANI, LLP

                                                *s/ Ronald A. Giller*

                                                RONALD A. GILLER, ESQ.

cc:      Jane Doe – Via Regular Mail
          John Doe, II – Via Regular Mail