**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, JOHN DOE,<br><br>     Plaintiffs,<br><br>v.<br><br>JONATHAN REES aka GREG ELLIS aka JONATHAN REES aka JONNY REES aka JACOB LORENZO,<br><br>     Defendant. | Case No. 3:24-cv-00274-MAD-ML<br><br>**NOTICE OF CROSS-MOTION TO VACATE DEFAULT** |

**PLEASE TAKE NOTICE** that upon the Declaration of Jonathan Rees and the exhibits attached thereto, the Memorandum of Law, and the pleadings and all proceedings had herein, Defendant Jonathan Rees shall cross-move for an order to vacate default pursuant to Fed. R. Civ. P. 55(c) together with such other relief as the Court may seem just and proper before the Honorable Mae A. D'Agostino, U.S.D.J., United States District Court for the Northern District of New York, Binghamton U.S. Courthouse, 15 Henry Street, Binghamton, New York 13901.

Dated: September 8, 2025

        **GORDON REES SCULLY MANSUKHANI, LLP**
        *Attorneys for Defendant*
        *Jonathan Rees*

    By: *s/ Ronald A. Giller*
        Ronald A. Giller, Esq.
        290 W. Mt. Pleasant Ave, Suite 3310
        Livingston, NJ 07039
        Telephone: (973) 549-2500
        Email: rgiller@grsm.com