## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, JOHN DOE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JONATHAN REES aka GREG ELLIS aka JONATHAN REES aka JONNY REES aka JACOB LORENZO,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-00274-MAD-ML<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Ronald A. Giller Esq., hereby certify that on September 8, 2025, I caused the within Notice of Cross-Motion to Vacate Default, Declaration of Jonathan Rees with exhibits, and Memorandum of Law to be filed on the Court's CM/ECF system.  On September 8, 2025, I also caused a true and accurate copy of such papers together with the unpublished decisions cited in the Memorandum of Law to be served via U.S. regular mail and sent via e-mail as follows:

　　Jane Doe
　　200 Washington Avenue, 7181
　　Endicott, NY 13760
　　janejanejohnjohndoe@proton.me

　　John Doe
　　200 Washington Avenue, 7181
　　Endicott, NY 13760
　　janejanejohnjohndoe@proton.me

　　　　I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 8, 2025　　　　　　　　　**GORDON REES SCULLY MANSUKHANI, LLP**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Jonathan Rees*

　　　　　　　　　　　　　　　　　　By: *s/ Ronald A. Giller*
　　　　　　　　　　　　　　　　　　　　Ronald A. Giller, Esq.
　　　　　　　　　　　　　　　　　　　　290 W. Mt. Pleasant Ave, Suite 3310
　　　　　　　　　　　　　　　　　　　　Livingston, NJ 07039
　　　　　　　　　　　　　　　　　　　　Telephone: (973) 549-2500
　　　　　　　　　　　　　　　　　　　　Email: rgiller@grsm.com