UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, JOHN DOE,<br><br>             Plaintiffs,<br><br>v.<br><br>JONATHAN REES aka GREG ELLIS aka JONATHAN REES aka JONNY REES aka JACOB LORENZO,<br><br>             Defendant. | Case No. 3:24-cv-00274-MAD-ML |

Pursuant to 28 U.S.C. § 1756, I, Jonathan Rees, hereby declare as follows:

1. I am the named defendant and have personal knowledge of the information set forth herein and submit this Declaration in support of the motion to vacate default.

2. Upon information and belief, Plaintiff Jane Doe purports to have served the Summons and Second Amended Complaint on me by having a copy of these documents mailed and affixed to the door at 2251 W. Roscoe Street, Chicago, Illinois 60618 (the "Roscoe Street Address") on or about April 10, 2025 and April 17, 2025, respectively.  Additionally, Plaintiff Jane Doe purports to have sent a copy of the Summons and Second Amended Complaint on or about April 18, 2025 by first class mail to that same address.  Plaintiff Jane Doe further represents that this is my "primary residential property."

3. The Roscoe Street Address is not and has never been my residence and I have never lived at this address.   I do not own the premises located at the Roscoe Street Address.  I have not visited the Roscoe Street Address at any time in the month of April 2025.  I also do not work at the Rosco Street Address.  I was never advised by anyone at that address that they had received a copy of the Summons and Second Amended Complaint for this case.

4. On April 18, 2025, Plaintiff Jane Doe purports to have mailed the Summons and Second Amended Complaint to the Roscoe Street Address; 1552 Country Squire Drive, Geneva, Illinois 60134 ("Squire Drive Address"); 101, 1770 South Randall Road, Suite A, Geneva, Illinois 60134 ("Randall Road Address"); 2309 Florimond Avenue, Long Beach, Indiana 46360 ("Florimond Avenue Address"); and 522 North Central Avenue, #831 SMB #77452, Phoenix, Arizona 85004 ("Central Avenue Address").

5. I do not work or reside at the Squire Drive Address or the Florimond Avenue Address.

6. I also have not visited the Squire Drive Address or the Florimond Avenue Address at any time in April 2025.

7. Upon information and belief, a UPS Store is located at Randall Road Address. *See* a true and accurate copy of a printout of UPS's webpage attached hereto as *Exhibit A*.

8. I do not and have never worked for UPS.

9. Upon information and belief, a branch of the United States Postal Service is located at the Central Avenue Address. *See* a true and accurate copy of a printout of United States Postal Services' webpage attached hereto as *Exhibit B*.

10. I do not and have never worked for the United States Postal Service.

11. In April and May 2025, I did not have a permanent residence as I was fearful of Plaintiff Jane Doe locating me and continuing to harass and threaten me. At that time and currently, I was staying with different friends in different states and switched my location frequently.

12. Plaintiff Jane Doe also purports to have sent a copy of the Summons and Second Amended Complaint to me by email. I never received a copy of these documents at my email.

13. I recently learned of this lawsuit from my insurance carrier who, upon information and belief, conducted a docket search after being informed of a prior claim.

14. The allegations asserted in the Second Amended Complaint are completely unfounded. Plaintiff Jane Doe alleges that we were engaged in an intimate relationship and when it ended that I began harassing her. This is entirely untrue.

15. I have never had an intimate relationship with Jane Doe. And far from harassing, I am the one who was the victim of an intense and abusive campaign by her. Most significantly, on April 8, 2023, she shot at me with a rifle. As a result of this conduct she was charged with reckless endangerment in the first degree, criminal possession of a weapon in the fourth degree, and menacing in the second degree.

16. I have also received three criminal orders of protections against Jane Doe, which she has repeatedly violated by attempted to communicate with me and family and by numerous social media posts.

17. As a result of this harassment, I sold my home in New York, and now live for short periods of time with friends in different states.

18. I did not reside in New York at the time Jane Doe initiated this action in February 2024 or any time thereafter.

19. I do not own a gun and have never brandished a shotgun at her, as alleged.

20. I did not take John Doe hunting or shoot at any beavers with John Doe.

21. I did not post videos, photos, or texts of Jane Doe or John Doe on any website, including social media sites.

22. I did not contact Jane Doe's board members, contactors, film crew, management team, or charity staff or John Doe's friends or school to spread misinformation about her.

23. I did not threaten to disseminate videos of Jane Doe or Jone Doe in the bedroom or bathroom or any video them of them in a state of undress.

24. Neither I nor my production company, Monkey Toes, employed Jane Doe to work on the docus-series, *The Respondent*.

25. The docu-series has not started filming.

26. No crew has been hired to work on the docu-series.

27. I did not threaten to harm myself or state that investors would take legal action against Jane Doe if she stopped working on the docu-series or for my charity, Children and Parents United.

28. Jane Doe volunteered for the charity.

29. I never promised to pay Jane Doe to work on the docu-series or for the charity.

30. I never forged any documents under Jane Doe's name or submitted any such forged documents to law enforcement or to the courts.

I declare under penalty under the laws of the United States of America that the foregoing is true and correct.

Executed on August 31, 2025

_____
Jonathan Rees