# EXHIBIT A



We're open 7 days a week



## On Campus. On Time.

Get the money back guarantee** at no extra cost on all UPS® Air shipping, exclusively at The UPS Store®. Available from July 20, 2025 – September 6, 2025.

---

# The UPS Store Geneva

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

**Cookie Preferences & Do Not Share**

**Accept All Cookies**



**1770 S Randall Rd
Ste A
Geneva, IL 60134**

Just North Of Fabyan Pkwy Next To Applebees

**(630) 262-7447**

(630) 262-7497

**store3319@theupsstore.com**

**Estimate Shipping Cost**

**Schedule Appointment**

## Hours of Operation

**Store Hours - Open 7 Days**

Closed Now - Open Today at 9:00 AM

**UPS Air Pickup Times**

Last Pickup Today at 3:00 PM

**UPS Ground Pickup Times**

Next Pickup Monday at 6:00 PM

**Schedule Appointment**

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**



## 20% Off Packing Services

Professional packing, handled with care. Save 20% on our packing services today! Terms and conditions apply.

**Get Offer**

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**



# Convenient Mailboxes

With our mailbox services at The UPS Store location at 1770 S Randall Rd in Geneva, you get package acceptance from all carriers, a real street address and email or text notification. Plus, we'll keep your mail and packages secure until you're ready to pick them up.

**Mailbox Services**

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**



## Certified Packing Experts

The UPS Store certified packing experts are trained and ready to pack your item. It's kind of our thing.

## Shipping Services



### Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

Get the benefit of The UPS Store® Pack & Ship Guarantee.* If a participating The UPS Store location packs your item using only new materials purchased at that location, you'll be reimbursed for the cost of packing and shipping plus the value of your items, if lost or damaged.*

The Pack & Ship Guarantee* offers peace of mind and is only available at participating The UPS Store locations.

* **See Full Details**

**PACKING & SHIPPING BOXES** >



## Certified Packing Experts

When it comes to cushioning and protecting your shipments, there's nothing The UPS Store Certified Packing Experts® can't handle. We are trained in advanced packing techniques and specialize in properly packing fragile, high-value, large and odd-shaped items. If you're looking to ship electronics, artwork, antiques or luggage, stop by The UPS Store® location at 1770 S Randall Rd today.

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**



## UPS® shipping in Geneva

The UPS Store® location at 1770 S Randall Rd offers a full range of UPS® shipping services for destinations within the United States.

- UPS Next Day Air®
- UPS 2nd Day Air®
- UPS 3 Day Select®
- UPS® Ground

Not sure how to pack your shipment? Don't worry, The UPS Store Certified Packing Experts® can take care of that for you. So you can stop in and ship with confidence. Come visit us today!

**ESTIMATE SHIPPING COST  >**

## Products and Services

Whether you're shipping to family and friends or filling orders, we've got you covered.



Printing

### Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

packing supplies. The UPS Store Certified Packing Experts at 1770 S Randall Rd are here to help you ship with confidence.

**ESTIMATE SHIPPING COST** >



## Mailboxes

When you open a mailbox at The UPS Store, you get a lot more than just a box with a key. You'll get package acceptance from all shipping carriers, mail receipt notifications, and a real street address in 60134, not just a PO Box #. Apply today.

**MAILBOX SERVICES** >



## Additional Services

| Notary Services | ˅ |
| Shredding Services | ˅ |
| House Accounts | ˅ |

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

| ABOUT | STORE SERVICES |
|---|---|

# The UPS Store Geneva

The UPS Store in Geneva, IL is here to help individuals and small businesses by offering a wide range of products and services. We are locally owned and operated and conveniently located at 1770 S Randall Rd. While we're your local packing and shipping experts, we do much more. The UPS Store is your local print shop in 60134, providing professional printing services to market your small business or to help you complete your personal project or presentation. We offer

## Areas Served

Geneva, IL

## Accepted Payments

- American Express
- Google Pay<sup>TM</sup>
- Apple Pay®
- Cash
- Check

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**



# Jon Marchuk

## Franchise Owner

### Locally Owned & Operated in Geneva

**Contact Us**

## Connect with Us

      

## Join Our Mailing List

Sign up for insider access to The UPS Store® news and special offers.

**Provide Email**

Enter Email

**Are you a small business owner?**

 Yes     No

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**

| The UPS Store St Charles | The UPS Store Geneva | The UPS Store St Charles |
|---|---|---|
| Closed Now - Open Today at 9:00 AM | Closed Now - Open Today at 9:00 AM | Closed Now ... AM |
| 📍 902 S Randall Rd<br>Ste C<br>St Charles, IL 60174 | 📍 1144 E State St<br>Ste A<br>Geneva, IL 60134 | 📍 2400 E ...<br>Ste 103<br>Saint Ch... |
| 📞 **(630) 443-6610** | 📞 **(630) 845-9010** | 📞 **(630) ...** |
| VIEW PAGE › | VIEW PAGE › | VIEW PAGE ... |

‹  ● ● ●  ›

## Printing ⌄

## Shipping & Packing ⌄

## Mailboxes ⌄

## More Services ⌄

Copyright © 1994-2025.

**Offer exclusive to The UPS Store® locations. The UPS Service Guarantee (per the **UPS Tariff/Terms and Conditions of Service**, see **ups.com/terms**) shall apply to UPS Next Day Air®, UPS 2nd Day Air®, and UPS 3 Day Select® shipments purchased from The UPS Store locations in the United States from July 20, 2025 – September 6, 2025 ("Eligible Shipments"). Shipments not purchased from The UPS

## Privacy and Cookie Settings

We use cookies and similar technology to personalize your experience across our website(s) and partner sites. By clicking "Accept all Cookies" you are accepting the use of all cookies. You can manage your cookie preferences by clicking on the "Cookie Settings" button below. You have the right to opt-out of cookies, such as targeting cookies, that may "share" your personal information with "third parties" (as those terms are defined by applicable US state law), by clicking on the "Cookie Settings" button below and disabling "Tracking Cookies." For more information, see our **Privacy Notice**