# EXHIBIT B

/41734046v.1

Return to Search Results

# DOWNTOWN PHOENIX

 Post Office™

Share

**522 N CENTRAL AVE LBBY
PHOENIX, AZ 85004-9998**

Closed

| | |
|---|---|
| Saturday | Closed |
| Sunday | Closed |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |

See More Hours

1-800-ASK-USPS® | 800-275-8777
Phone | 602-253-9648
TTY | 877-889-2457

Street | Satellite



## Services at the Downtown Phoenix Post Office

Service hours may vary. For all location services, see all hours.

Financial Services 

Passport Services 

| Mailing Services |
| Pickup Services |
| Business Services |
| Biometric Services |

Hours

Nearby Self-Service Kiosks

Nearby Alternate Locations

## At This Location

Street Parking Available

For facility accessibility, please call the Post Office.

1-800-ASK-USPS® (800-275-8777)

## Can't find what you're looking for?

Visit FAQs for answers to common questions about USPS locations and services.

**FAQs**