U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 15 - 2025
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

| | |
|---|---|
| JANE DOE, JOHN DOE    Plaintiffs    -against-  JONATHAN REES aka GREG ELLIS aka JOHNATHAN REES aka JONNY REES aka JACOB LORENZO    Defendant | Case No.3:24-cv-274 (MAD/ML)  DECLARATION OF JOHN DOE |

**DECLARATION OF JOHN DOE IN OPPOSITION OF DEFENDANT'S MOTION TO VACATE DEFAULT**

I, JOHN DOE, declare under penalty of perjury that the foregoing is true and correct:

1. I am the Plaintiff in the above-captioned action and submit this Declaration in opposition of Defendant's Motion to Vacate Default.

2. I am now in college living in dorms.

3. I don't want Defendant to know where I attend college for fear of him ruining my image in college, which will harm and embarrass me like he did in my last two schools.

1

4. I relied on the default after Defendant refused to defend my action against him.

5. I believe Defendant's actions were deliberate.

6. I see him as unstable.

7. I don't think the Defendant will stop harming me or my family.

8. Defendant made a conscious decision not to plead, answer or otherwise defend my action against him.

9. 18 months is a long time and my mom and myself proved Defendant knew about our lawsuit against him, but he willfully ignored the judicial process and should not be rewarded for his misconduct.

10. I would like to know with certainty that I have a permanent injunction against Defendant preventing him from further harming me or my family either now or in the future, and the website, videos and social media posts are removed.

11. I am tired of dealing with Defendant and would like to focus on my degree and not be looking over my shoulder worrying if someone on my course finds the website about my mom and me.

12. I would like to have a normal life without Defendant doing everything he can to harm us.

13. It will impact me negatively if the default is vacated and Defendant gets away with more crimes.

The party against whom it seeks a judgment of affirmative relief is not an infant, in the military, or an incompetent person. I oppose cross motion to vacate the default and support the motion for Default Judgment against Jonathan Rees aka Greg Ellis.

Executed on September 15, 2025.

*J. Doe*

John Doe

Plaintiff