**Davy, Jessicca**

| | |
|---|---|
| **From:** | Greg Ellis <alivecoaching@icloud.com> |
| **Sent:** | Friday, May 23, 2025 3:43 PM |
| **To:** | Rudy, Christine |
| **Cc:** | DistrictAttorney@broomecountyny.gov; Davy, Jessicca; Ricky Andreorio; Detective Sergant Gary Labarbera; Richard Hall; Nicole.Sheehan@troopers.ny.gov; matthew.barcak@broomecountyny.gov; District Attorney Email; James P. Youngs |
| **Subject:** | Another Violation Originating from Broome |

Dear Ms. Rudy:

Thank you for following up. Today I received yet another certified mail package from ⬛⬛⬛⬛⬛, this time with an Endicott address (see attached), originating from Broome County. I did not sign for or accept the package.

Sincerely,
**Jonathan Rees**
————————————————

*This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*

1



On May 23, 2025, at 7:43 AM, Rudy, Christine <crudy@chenangocountyny.gov> wrote:



**From:** Greg Ellis <alivecoaching@icloud.com>
**Sent:** Tuesday, May 20, 2025 10:12 AM
**To:** Rudy, Christine <crudy@chenangocountyny.gov>
**Cc:** DistrictAttorney@broomecountyny.gov; Davy, Jessica <jessiccadavy@chenangocountyny.gov>;
Ricky Andreorio <Ricky@andreoriolaw.com>; Detective Sergant Gary Labarbera
<glabarbe@bataviail.gov>; Rudy, Christine <crudy@chenangocountyny.gov>; Richard Hall
<rhall@bataviail.gov>; Nicole Sheehan
<Nicole.Sheehan@troopers.ny.gov>; matthew.barcak@broomecountyny.gov; District Attorney Email
<districtattorney@co.chenango.ny.us>; James P. Youngs <jyoungs@hancocklaw.com>
**Subject:** Urgent Inquiry Regarding Ongoing Violations of Criminal Orders of Protection by 

Dear Ms. Rudy,

I am writing to bring to your attention yet another egregious violation of the active criminal Orders of Protection issued by the Chenango County Court to safeguard me and my family from ▓▓▓▓▓▓, a defendant currently facing trial for violent offenses, including stalking and discharging a firearm at me and two others.

I have received a USPS delivery notification for a package sent by ▓▓▓▓▓▓, addressed directly to me, at a confidential out-of-state address I have used intermittently over the past 21 months to evade her harassment. This address is known to few, and its use by ▓▓▓▓ represents another deliberate attempt to intimidate not only me but also the family residing at this location. A screenshot of the USPS notification is attached for your review. Consistent with my practice regarding the numerous letters and packages Ms. ▓▓▓▓ has sent me in violation of the Orders of Protection, I did not sign for or accept this package.

Despite these court-ordered protections, Ms. ▓▓▓▓ relentless campaign of harassment and intimidation persists, with no apparent consequence. I respectfully seek clarity on whether your office intends to take action to address these repeated violations and to furnish an update on the status of her prosecution.

This incident is but the latest in a well-documented pattern of harassment spanning nearly two years. As I have previously communicated to your office, Ms. ▓▓▓▓ has sent me scores of letters, text messages, and emails targeting my family, friends, and business associates with defamatory and threatening communications. She has produced and disseminated videos containing false and libelous statements about me, posted online to further her campaign of smear and intimidation. Most recently, I have learned that Ms ▓▓▓▓▓ has emailed threats to a prominent local businessman, a former judge, two attorneys, among others, demonstrating the breadth of her ongoing misconduct.

3

I have diligently followed your guidance, provided during our phone conversation following Ms. ▨▨s first documented violation of the Orders of Protection on August 10, 2023. At your urging, I filed a police report with troopers in Broome County, reported her violations to Chenango Sherriff's, and subsequently with law enforcement near my out-of-state safe house, where I have been forced to relocate to escape Ms. ▨▨▨s threats. I was informed that Illinois authorities forwarded these reports to Chenango County law enforcement. Since then, I have filed additional reports documenting further violations, including the last three letters Ms. ▨▨ mailed to me, and written numerous letters with evidence attached, to the Chenango District attorney and yourself, yet I have received no response from your office regarding any actions taken.

The absence of communication is particularly concerning given the severity of Ms. ▨▨'s actions and her extensive criminal history. As an illegal alien with a documented record of violent behavior dating back to 1995 in her native country, Ms. ▨▨▨s release on the same day as her arrest for shooting at me and two others, followed by her unabated harassment, undermines any semblance of justice. Her flagrant disregard for the court's authority and the safety of her victims and their families—all of whom have been affected by her serial con artistry and predatory behavior—begs urgent attention.

I respectfully implore your office to address the following:

1. Has any action been taken in response to the multiple police reports and evidence of Ms. ▨▨▨s violations of the Orders of Protection, which I have submitted to your office?

2. Will your office bring Ms. ▨▨'s ongoing criminal behavior to the attention of the presiding county judge to ensure accountability and protect the victims of her actions?

The toll of Ms. ▨▨s unrelenting harassment on me, my family, and countless others cannot be overstated. We live in constant fear, forced to alter our lives to evade her threats, while she continues to act with impunity. I have provided extensive documentation, including a forensic cyberstalking report and detailed accounts of her violations, in the hope that justice will be served. Yet, the lack of response to my prior inquiries leaves me with little reassurance that this matter is being addressed.

Thank you for your attention to this urgent matter. I await your response and am available to provide any additional information or evidence required.

Sincerely,

**Jonathan Rees (PKA: Greg Ellis)**



**Attachment:** Screenshot of USPS Delivery
Notification

Crop

UNITED STATES
POSTAL SERVICE

We Redeliver For

Download Informed Delivery APP to manage your rede

**Sorry we missed you while you were out.**

Date: _4-23-25_

The item was sent by: _April chandle_

It was sent to: _Greg Ellis_

At this address: ▮▮▮▮▮▮▮▮▮▮

**About the missed delivery:**
It was a:

_____ Package    _____ Letter    ☒ Large enve

☐ USPS® Smart Parcel Locker Eligible
   (Smaller than 17Hx13Wx23D)

Available for pickup date: _4-24-25_

This is the:

☒ First attempt    ☐ Final notice

To schedule a rede

Scan the QR code
usps.com/redelive

Article number:

5293 0651 0049 664

6

*This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*

Be well,
Jonny

*This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*