**Casey Kasher**  Inbox -  May 28, 2024 at 11:53

Doe v. Rees - Deposition of 

To: 

This is your invitation to the scheduled meeting:
Magna VR682-RVC-Jane Doe v. Jonathan Rees, aka Greg Ellis, et al ( ) Job#1150982
Time:  Jun 6, 2024  9:30 AM Eastern Time (US and Canada)

Click the link below to join this meeting at the scheduled time:
https://magnals.zoom.us/j/95979297435?pwd=bExMYUlneVd3N2tTNmwvZTNhZVlqQT09

Meeting ID: 959 7929 7435
Password: 113774

One tap mobile
+16469313807,,95979297435# US (New York)
8558801246,,95979297435# US Toll-free

Dial by your location
       +1 646 931 3807 US (New York)
       855 880 1246 US Toll-free
Meeting ID: 959 7929 7435
Find your local number: https://magnals.zoom.us/u/ab2K3xrJrL

 Mail Attachment.ics