UNITED STATES DISTRICT COURT

Northern District of New York

6th Judicial Division

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Sep 16 - 2025**
John M. Domurad, Clerk

| | |
|---|---|
| JANE DOE, JOHN DOE ) | |
| ) | Case No.3:24-cv-274 (MAD/ML) |
| Plaintiffs ) | |
| -against- ) | |
| ) | **REQUEST FOR** |
| ) | **IN-CAMERA INSPECTION** |
| JONATHAN REES aka GREG ELLIS ) | |
| aka JOHNATHAN REES aka JONNY REES ) | |
| aka JACOB LORENZO ) | |
| Defendant ) | |

**REQUEST FOR IN-CAMERA INSPECTION IN OPPOSITION OF DEFENDANT'S MOTION TO VACATE DEFAULT**

Dear Honorable Judge D'Agostino,

I respectfully request permission to file documents in-camera in opposition to the Defendant's motion to vacate the default. While I have provided limited information on the docket and submitted certain materials under seal, the circumstances necessitate further disclosure.

In their motion, the Defendants assert that Jane Doe has not substantiated her role in the CPU charity and The Respondent, or her expertise, nor adequately demonstrated any damages. It is

1

imperative to address these claims by revealing the specifics of the projects I have been involved in, including my collaborations and the tangible impacts of Rees's willful misconduct on my career.

The documents I seek to present will illustrate my expertise, the direct correlation between my professional endeavors and the harm I have suffered due to the Defendant's actions. This evidence is crucial not only to refute the Defendants' assertions, but also to uphold the integrity of the judicial process.

I believe that an in-camera inspection will provide a fair opportunity for the court to assess the validity of mine and John Doe's claims and the extent of the damages incurred. I appreciate your consideration of this request for a just resolution.

Respectfully submitted,

Executed on September 15, 2025.

*Jane Doe*
_____

Jane Doe

Plaintiff