**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

RONALD A. GILLER
rgiller@grsm.com

Admitted In: NJ, NY, & PA

290 W. Mount Pleasant Ave, Suite 3310
Livingston, NJ 07039
www.grsm.com

March 16, 2026

**VIA ECF**

Hon. Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

      Re:    *Jane Doe v. Jonathan Rees*
               **Case No. 3:24-cv-00274-MAD-ML**

Dear Judge D'Agostino:

      We represent Defendant Jonathan Rees ("Rees") in the above matter. Pursuant to the Memorandum-Decision and Order entered on March 9, 2026 (ECF No. 97), we write to advise the Court that service of the Second Amended Complaint will be accepted by counsel on behalf of Rees at the following address:

            Gordon Rees Scully Mansukhani, LLP
            290 W. Mount Pleasant Ave., Suite 3310
            Livingston, NJ 07039
            Attn: Ronald A. Giller and Stephanie Imbornone

      We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    GORDON REES SCULLY MANSUKHANI, LLP

                                    *s/ Ronald A. Giller*

                                    RONALD A. GILLER, ESQ.

cc:     Jane Doe – Via Regular Mail
         John Doe, II – Via Regular Mail

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, JOHN DOE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JONATHAN REES, aka GREG ELLIS, aka JOHNATHAN REES, aka JONNY REES, aka JACOB LORENZO,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-274 (MAD/ML)<br><br>**CERTIFICATION OF SERVICE** |

I, Ronald A. Giller, Esq., hereby certify that on March 16, 2026, I caused a true and accurate copy of the above letter to be served upon the following parties via U.S. regular mail as follows:

　　Jane Doe
　　200 Washington Avenue, 7181
　　Endicott, NY 13760

　　John Doe
　　200 Washington Avenue, 7181
　　Endicott, NY 13760

I declare under penalty of perjury that the foregoing statements are true and correct.

　　　　　　　　　　　　　　　　　　　　　　　s/ *Ronald A. Giller*
　　　　　　　　　　　　　　　　　　　　　　　Ronald A. Giller, Esq.