AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | New York |

JANE DOE

Plaintiff (s),

V.

JONATHAN REES

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   3:24-cv-00274

Notice is hereby given that, subject to approval by the court,   JONATHAN REES   substitutes

(Party (s) Name)

Paul Hugel and Effrat Blassberger   , State Bar No.   2526762   as counsel of record in

(Name of New Attorney)

place of   Ronald A. Giller and Stephanie Imbornone of Gordon & Rees LLP   .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Clayman Rosenberg Kirshner & Linder

Address:     305 Madison Ave, Suite 3900, New York, NY 10165

Telephone:     (212) 922-1080     Facsimile   (212) 949-8255

E-Mail (Optional):     hugel@clayro.com and blassberger@clayro.com

I consent to the above substitution.

Date:     3/20/2026

*Jonathan Rees*
box SIGN     4LJZV5V8-4LVLY6L6

(Signature of Party (s))

I consent to being substituted.

Date:     3/20/2026

*Ronald A. Giller*
box SIGN     1JJQ5R52-4LVLY6L6
*Stephanie Imbornone*
box SIGN     15ZUQJL-4LVLY6L6

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     3/20/2026

*Paul S. Hugel*
box SIGN     1VW8P9W4-4LVLY6L6
*Effie Blassberger*
box SIGN     46XX5P8X-4LVLY6L6

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     March 26, 2026

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]