UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JANE DOE, JOHN DOE                                         :
                                                          :
                         Plaintiff,                       :
                                                          :
       – against –                                        :  Case No.   3:24-CV-274 (MAD/ML)
                                                          :
JONATHAN REES, aka GREG ELLIS aka                         :
JOHNATHAN REES aka JACOB LORENZO                          :
                                                          :
                         Defendant.                       :
-----------------------------------------------------------x

### DECLARATION OF PAUL S. HUGEL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PAUL S. HUGEL, hereby declares:

1.      I am a member of the law office of Clayman Rosenberg Kirshner & Linder LLP, counsel for Defendant Jonathan Rees in the above-captioned matter.  I offer this declaration in support of Mr. Rees' motion to dismiss the Second Amended Complaint ("SAC")The statements contained herein are based upon my personal knowledge.

2.      On March 26, 2026, the undersigned substituted as counsel for Mr. Rees in place of  Stephanie Imbornone and Ronald Geller of Gordan Rees Scully Mansukhani. Pursuant to this Court's order of March 9, 2026, Plaintiff was required to serve the SAC on Ms. Imbornone and Mr. Geller on or before March 23, 2026.  [Dkt. Nos. 97 and 98]. Ms. Imbornone has advised me that, as of the date of this declaration, neither she nor Mr. Geller have received a copy of the SAC from Plaintiff.   Plaintiff did, however, send a copy of the SAC to me by email on March 26, 2026.

3.       Annexed hereto as Exhibit A is a genuine copy of a Decision and Order dated March 12, 2026 entered in the Chenango County Court in the Matter of People of the State of New York v. ▮▮▮▮▮▮▮▮, the Jane Doe plaintiff in this action.

4.       For the reasons set forth in his accompanying memorandum of law, Mr. Rees respectfully requests that the Court dismiss the SAC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:       March 30, 2026
             New York, New York

_____*Paul Hugel*_____
Paul S. Hugel