# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**John M. Domurad**
**Clerk of Court**

**Daniel R. McAllister**
**Chief Deputy**

**James M. Hanley Federal Building**
**P.O. Box 7367 100 S. Clinton Street**
**Syracuse NY 13261-7367**
**(315) 234-8500**

## <u>NOTICE OF DUE DATE TO RESPOND<br>TO MOTION TO DISMISS</u>

Date:          March 31, 2026
Case Name: Jane Doe, et al. vs. Rees
Case No.     3:24-CV-0274 (MAD/ML)

On 3/30/2026, the Defendant(s) filed a motion to dismiss the complaint in the above action. This Motion is on SUBMISSION ONLY with no personal appearance permitted without prior approval of the court. Pursuant to the Local and Federal Rules of Civil Procedure, expect service of the Defendant(s)' motion within the next few days.

You may file a response to the motion pursuant to Local Rule 7.1(a)(1) on or before **April 20, 2026**. Please file your response, if any, in writing and in accordance with the NDNY Local Rules of Practice and Federal Rules of Civil Procedure. You may file your response by mailing it to:

> United States District Court
> Northern District of New York
> P.O. Box 7367, 100 South Clinton St.
> Syracuse, NY 13261-7367

In the event that you choose not to file a response, you are required pursuant to Local Rule 7.1(a)(3) to promptly notify the court and all other parties that you will not be filing a response. You should provide such notice at the earliest practicable date, but, in any event, no less than twenty-one (21) days after service of the motion.