## UNITED STATES DISTRICT COURT

### Northern District of New York

### 6th Judicial Division

|  |  |  |
|---|---|---|
| JANE DOE, JOHN DOE | ) | |
| | ) | Case No. 3:24-cv-00274 |
| Plaintiffs | ) | |
| -against- | ) | |
| JONATHAN REES aka GREG ELLIS aka JOHNATHAN REES aka JONNY REES aka JACOB LORENZO | ) | |
| Defendant | ) | |

**DECLARATION OF JOHN DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)**

I, John Doe, proceeding under a pseudonym pursuant to this Court's order, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am nineteen years old and a Plaintiff in this action. I appear pro se on my own behalf. I am Jane Doe's son. I submit this Declaration in support of Plaintiffs' Motion for Leave to File a Third Amended Complaint.

2. I have personal knowledge of the facts in this Declaration and could testify to them if called as a witness.

3. I am not filing this motion to cause problems for anyone or to delay anything. I am filing it because what is described in the proposed Third Amended Complaint actually happened to me and I want the Court to have an accurate and complete picture of what I went through.

4. I was present at Defendant's property during the Thanksgiving 2022 stay. I personally witnessed what happened there, including Defendant brandishing a loaded shotgun while drunk and trying to get me to go hunting with him in the dark. I was scared. I witnessed my brother and sister report to my mother what Defendant did to my younger sister. The facts in the proposed Third Amended Complaint about that period are accurate to the best of my knowledge.

5. After August 2023 the attempted murder video that Defendant made about my mother was sent to my school friends and spread through my school on Snapchat. I was confronted by classmates about it. I could not escape it. It was one of the worst experiences of my life. My siblings and I had to change schools because of it. I had to move out of our home for a few months because the stress of moving after being doxed and staying at various hotels made it impossible for me to focus on my exams. I dropped out of school in eleventh grade luckily I had already met the requirements to graduate. My tennis opportunities at college level were damaged as a direct result of everything that happened.

6. I was interrogated multiple times by CPS officers, school counselors, and police because of the false reports Defendant made. It was humiliating and frightening every time it happened.

7. The facts in the proposed Third Amended Complaint that relate to me are true and accurate to the best of my personal knowledge.

8. I understand that I am signing this declaration under penalty of perjury. Everything I have stated above is true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

May 4, 2026

_J. Doe_

_____

John Doe
Plaintiff, Pro Se