**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**CERTIFICATE OF SERVICE**

Case No: 3:24-cv-274
Date filed: 05/07/2026

Plaintiff:          **Jane Doe, John Doe**
Defendants:    **Jonathan Rees aka Greg Ellis aka Johnathan Rees**
                     **aka Jonny Rees aka Jacob Lorenzo**

I, Jane Doe, hereby certify that I am a plaintiff herein and served a copy of the following documents:

**Plaintiffs' Joint Rule 15 Motion, John Doe and Jane Declaration's, Exhibit A, Exhibit B, Exhibit C, Certificate of Service** on Defendant:

1) Paul Hugel, Clayman Rosenberg Kirshner and Linder, 305 Madison Avenue, Suite 3900, New York, NY 10165

2) Effrat Blassberger, Clayman Rosenberg Kirshner and Linder, 305 Madison Avenue, Suite 3900, New York, NY 10165

3) Lauren Martin, Clayman Rosenberg Kirshner and Linder, 305 Madison Avenue, Suite 3900, New York, NY 10165

in a 1st Class postpaid properly addressed envelope under the exclusive care and custody of the United States Post Office by mailing and depositing a true and correct copy of said document at:

USPS 200 Washington Ave, Endicott, NY 13760

on the following date: 05/07/2026

I certify that the foregoing is true and correct.

Dated: 05/07/2026

Signed: _Jane Doe_____
Name: Jane Doe