# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

JOHN M. DOMURAD
Clerk

DAN MCALLISTER
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

## NOTICE OF CHANGE OF ADDRESS

CASE NUMBER: **3:24-cv-274**

I, **Jane Doe** , have changed my mailing address. Please file this notice in case(s): **Jane Doe, John Doe vs. Jonathan Rees** .

My new address is:

**200 Washington Avenue, #136**

**Endicott**

**New York**

**13760**

Date: **05/27/2026**

Name: _Jane Doe_
(signature)